AO 120 (Rev.3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 07cv2391 JAH (POR) | 12/20/07 | Southern District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Georgia-Pacific Consumer Products LP | Lee's General Toys, Inc. Et al |

| **PATENT OR TRADEMARK NO.** | | **PATENT OR TRADEMARK NO.** | | **PATENT OR TRADEMARK NO.** | |
|---|---|---|---|---|---|
| 1 | 781,414 | 6 | 2,546,897 | 11 | |
| 2 | 1,172,215 | 7 | 2,841,759 | 12 | |
| 3 | 2,512,417 | 8 | 2,912,982 | 13 | |
| 4 | 2,972,819 | 9 | | 14 | |
| 5 | 2,989,711 | 10 | | 15 | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| **PATENT OR TRADEMARK NO.** | | **PATENT OR TRADEMARK NO.** | | **PATENT OR TRADEMARK NO.** | |
|---|---|---|---|---|---|
| 1 | | 6 | | 11 | |
| 2 | | 7 | | 12 | |
| 3 | | 8 | | 13 | |
| 4 | | 9 | | 14 | |
| 5 | | 10 | | 15 | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| W. Samuel Hamrick, Jr. | | |