# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 DEC 20 PM 12:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

vs

LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,

**SUMMONS IN A CIVIL ACTION**
Case No.

**'07 CV 2391 BTM AJB**

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen P. Swinton
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071

An answer to the complaint which is herewith served upon you, within   twenty   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY

DEC 20 2007
DATE

By _____ , Deputy Clerk