LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

FILED
2007 DEC 20 PM 12:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNK___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100, <br><br> Defendants. | Civil Action No. 07 CV 2391 BTM AJB <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** |

LATHAM & WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\612423.1

CORPORATE DISCLOSURE STATEMENT

1 |       Pursuant to Local Civil Rule 40.2, Plaintiff Georgia-Pacific Consumer Products LP
2 | hereby submits its Notice of Party With Financial Interest.
3 |       Georgia-Pacific Consumer Products LP is a Delaware limited partnership. No publicly-
4 | held corporations own more than a 10% interest in Georgia-Pacific Consumer Products LP.
5 | Dated: December 20, 2007

LATHAM & WATKINS LLP

By: _____
Stephen P. Swinton
Attorneys for Plaintiff
Georgia-Pacific Consumer Products LP
E-mail: steve.swinton@lw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\612423.1

1

CORPORATE DISCLOSURE STATEMENT