LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

FILED
2007 DEC 20 PM 12:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,<br><br>Defendants. | Civil Action No. **07 CV 2391 BTM AJ**<br><br>**NOTICE OF RELATED CASE** |

LATHAM&WATKINS\*\*\* SD\612418.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

NOTICE OF RELATED CASE

1       Pursuant to Local Civil Rule 40.1(e), Plaintiff Georgia-Pacific Consumer Products LP, a Delaware limited partnership, states that this case is related to the following related action, filed concurrently herewith:

      1. *Georgia Pacific Consumer Products LP v. Yan Wholesale, et al.*, Case No. 07-CV-2390 JAH POR, filed December 20, 2007, in the United States District Court for the Southern District of California.

      This case is related to the above-referenced case because this case: (1) involves the same Plaintiff, Georgia-Pacific Consumer Products LP; (2) involves claims pertaining to the same intellectual property of Georgia-Pacific; and (3) appears likely to entail substantial duplication of labor from the related case if this action is heard by a different judge. *See* L.R. Civ. 40.1(e) ("An action or proceeding is related to another action or proceeding where both of them: (1) Involve some of the same parties and are based on the same or similar claims; (2) Involve the same property, transaction, or event; or (3) Involve substantially the same facts and the same questions of law.").

      In each of these actions, Georgia-Pacific alleges trademark infringement arising under Section 32 of the Lanham Act (15 U.S.C. § 1114), common law trademark infringement, false designation of origin arising under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), false advertising arising under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), federal dilution arising under Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)), statutory dilution arising under California Business & Professions Code § 14330, statutory unfair competition arising under California Business & Professions Code §§ 17200 *et seq.*, and unfair competition arising under the common law of the State of California, unlawful importation of trademark infringing goods arising under Section 42 of the Lanham Act (15 U.S.C. § 1124), unlawful importation of trademark infringing goods arising under the Section 1526(a) of the Tariff Act (19 U.S.C. § 1526), and cancellation of California Registration Number 109928 pursuant to California Business & Professions Code §§ 14281 or 14282.

      Georgia-Pacific brings these claims to protect its several, and in some cases incontestable, federally registered trademarks bearing the words "Angel Soft." These trademarks

LATHAM&WATKINS<sup>LLP</sup>   SD\612418.1      NOTICE OF RELATED CASE
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY     1

1  include Registration Numbers 781,414; 1,172,215; 2,512,417; 2,546,897; 2,841,759; 2,912,982;
2  2,972,819; and 2,989,711. In accordance with 15 U.S.C. § 1065, based upon widespread and
3  continuous use, Registration Numbers 781,414 and 1,172,215 have achieved incontestable status.
4      Because the allegations in this case and in the related case concern protection of the same
5  trademarks, each action will require analysis and determination of the same or substantially
6  similar questions of law and fact. Assignment of these cases to the same judge therefore is likely
7  to generate efficiencies for the Court and for the parties.

8  Dated: December 20, 2007          LATHAM & WATKINS LLP

By: _____
Stephen P. Swinton
Attorneys for Plaintiff
Georgia-Pacific Consumer Products LP
E-mail: steve.swinton@lw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\612418.1

2

NOTICE OF RELATED CASE