1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California  92130-2071
   Telephone:  (858) 523-5400
5  Facsimile:  (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP

7

FILED

2007 DEC 20  PM 12: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ILNIK_____DEPUTY

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  GEORGIA-PACIFIC CONSUMER          )   Civil Action No. 07 CV 2391 BTM AJB
    PRODUCTS LP, a Delaware limited   )
11  partnership,                      )   DECLARATION OF DARWIN D.
                                      )   WISDOM IN SUPPORT OF PLAINTIFF
12              Plaintiff,            )   GEORGIA-PACIFIC CONSUMER
                                      )   PRODUCTS LP'S *EX PARTE*
13         v.                         )   APPLICATION FOR A TEMPORARY
                                      )   RESTRAINING ORDER AND ORDER TO
14  LEE'S GENERAL TOYS, INC., a California )  SHOW CAUSE RE PRELIMINARY
    corporation, JOHN LEE, an individual; and )  INJUNCTION
15  DOES 1-100,                       )
                                      )   DATE:  TBD
16              Defendants.           )   TIME:  TBD
                                      )   CTRM:  TBD
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20  _____)

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP  NSD\86680.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

DECLARATION OF DARWIN WISDOM ISO
PLAINTIFF'S EX PARTE APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION

1    I, Darwin D. Wisdom, hereby declare as follows:

2    1.    I am an employee of The Baker Street Group, Inc., a team of private investigators

3    located in San Diego, California.  I served for twenty-seven years as an Agent for the Federal

4    Bureau of Investigations and am licensed by the State of California as a Private Investigator.  I

5    have been retained to investigate sales and distribution of "Angelite" or "Angel Lite" (hereinafter

6    referred to collectively as "Angelite") bathroom tissue products.  I have personal knowledge of

7    the matters set forth herein, and if I am called upon to testify, I could and would testify

8    competently thereto.

9    **METHODS OF INVESTIGATION**

10    2.    As described in greater detail below, I visited retail locations believed to sell

11    "Angelite" bathroom tissue products.  I observed inventory and spoke to either proprietors or

12    employees of these establishments.  I also used computer databases, both public and

13    subscription-based to obtain business-related information.

14    **LEE'S GENERAL TOYS AND ITS AFFILIATED BUSINESSES**

15    3.    I was informed that Lee's General Toys, 3389 East 50th Street, Vernon,

16    California 90058 is the owner of a California trademark registration for the mark "Angel Lite

17    500" in a stylized design.  *See* Exhibit ("Ex.") 1 hereto.  I conducted public records searches for

18    Lee's General Toys, 3389 East 50th Street, Vernon, California 90058.  From those searches, I

19    determined that the California Secretary of State records list Lee's General Toys as a California

20    corporation with a principal place of business at 3389 East 50th Street, Vernon, California

21    90058.  I also determined that John Lee is the President of Lee's General Toys and that the agent

22    for service of process for Lee's General Toys is listed as John Lee, at the above address.

23    4.    I was informed that the attorney of record for Lee's General Toys, as listed in the

24    "Angel Lite 500" California state Trademark registration, is David W. Lee.  Through a search of

25    California State Bar Association records, I confirmed that Mr. Lee's address is 108 North Ynez

26    Avenue, Suite 128, Monterey Park, California.  On Aaust 15, 2007, I personally visited and took

27    photographs of the office building at this location.  Exhibits 2-4 to this declaration are the

28    photographs I took of the office building at this address.

LATHAM&WATKINS LLP    NSD\86680.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY                                1
DECLARATION OF DARWIN WISDOM ISO
PLAINTIFF'S EX PARTE APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION

1    5.    On August 15, 2007, I visited Lee's General Toys at 3389 East 50th Street,

2  Vernon, California 90058.  I observed a warehouse type facility with an "eighteen wheeler"

3  trailer backed up to one of the warehouse doors.  I observed open plastic bundles of "Angelite"

4  products on the premises.  Exhibits 5-9 to this declaration are true and accurate photographs that

5  I took of that location.

6    6.    On August 28, 2007, I visited Lee's General Toys again.  I spoke with Mr. John

7  Lee who informed me that he sells "Angelite" products which he imports directly from China.

8    I declare under penalty of perjury under the laws of the United States that the foregoing is

9  true and correct and that this declaration was executed by me on this _18_ day of December 2007.

10

11                                      Darwin D. Wisdom

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS⸱⸱ NSD\86680.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

2    DECLARATION OF DARWIN WISDOM ISO
PLAINTIFF'S EX PARTE APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION

# EXHIBITS

1.     EXHIBIT 1:  California trademark registration for the mark "Angelite" in a stylized design registered to Lee's General Toys, 3389 East 50th Street, Vernon, California 90058.

2.     EXHIBIT 2:  Photograph of the directory of businesses and tenants occupying space in the building located at 108 North Ynez Avenue, Suite 128, Monterey Park, California, showing the office of D. Lee at Suite 202.

3.     EXHIBIT 3:  Photograph of the directory of businesses and tenants occupying space in the building located at 108 North Ynez Avenue, Suite 128, Monterey Park, California, showing the office of D. Lee at Suite 202.

4.     EXHIBIT 4:  Photograph of the exterior of the building located at 108 North Ynez Avenue, Suite 128, Monterey Park, California.

5.     EXHIBIT 5:  Photograph of a sign for "General Toys," located at 3389 East 50th Street, Vernon, California 90058.

6.     EXHIBIT 6:  Photograph of the exterior of the warehouse building located at 3389 East 50th Street, Vernon, California 90058.

7.     EXHIBIT 7:  Photograph of the rear loading-dock area of the warehouse building located at 3389 East 50th Street, Vernon, California 90058.

8.     EXHIBIT 8:  Photograph of the rear/side loading-dock area of the warehouse building located at 3389 East 50th Street, Vernon, California 90058.

9.     EXHIBIT 9:  Photograph of the interior of the warehouse building located at 3389 East 50th Street, Vernon, California 90058, showing boxes that appear to bear the script mark "Angelite 1500."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

NSD\86680.1

3

DECLARATION OF DARWIN WISDOM ISO
PLAINTIFF'S EX PARTE APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION

© 2004, CT Corsearch. All Rights Reserved.
California Trademarks

Get Trademark Design

**Trademark Name:** ANGEL LITE 500

(WORDS AND DESIGN)

**Serial Number:** 69400178

**Official Status:** REGISTERED

**Status Date:** August 25, 2003

**Goods/Services:** TOILET PAPER, BATHROOM TISSUE AND TISSUE PAPER

**International Class:** 16 (PAPER GOODS AND PRINTED MATTER) - PRIMARY CLASS

**U.S. Class:** 37 (PAPER AND STATIONERY) - SECONDARY CLASS

**State of Registration:** CALIFORNIA

**Registration Number:** 109437

**Registration Date:** August 25, 2003

**Active/Inactive:** ACTIVE

**First Use Date:** January 31, 2002

**Word Count:** 3

**Description of Mark:** THE MARK COMPRISES THE WORDS "ANGEL LITE" AND A STAR DESIGN DISPOSED IN THE MIDDLE OF AN OVAL, AND THE DIGITS "500" DISPOSED BENEATH THE WORDS "ANGEL LITE" INSIDE THE OVAL

************************ OWNERSHIP INFORMATION ************************

**Owner:** LEE'S GENERAL TOYS, INC. (CALIFORNIA CORPORATION)
    3389 E. 50TH STREET
    VERNON, CA 90058
    AS OF August 25, 2003

**Registrant:** LEE'S GENERAL TOYS, INC. (CALIFORNIA CORPORATION)
    3389 E. 50TH STREET
    VERNON, CA 90058
    AS OF August 25, 2003





DIRECTORY

110 TSOI & ASSOCIATES, LAWYERS

100 DAVID & RAYMOND PATENT FIRM

200 ASIAAMERICA GROUP

201 GATEWAY TRAVEL
203 CHACE CO.

202 LAW OFFICE OF D       LEE
LTT HET SO UTIONS

205 CATELINE INT'L INC.
US. SINO ECONOMI & CUTURAL EXCHANGE

204 DAVID AND RAYMOND
206

207 GOLDEN TIME REALTY

208

200 BENBEASE LIMITED PARTNERSHIP

211 LAW OFFICES OF PING C. SHEN

209 APEX SCHOLASTIC & FINANC IAL



# DIRECTORY

18  TSOI & ASSOCIATES, LAWYERS

28  DAVID & RAYMOND PATENT FIRM

00  ASIAMERICA GROUP

01  CATHAY TRAVEL
03  GRACE CO.

02  LAW OFFICE OF D   LEE
    LTT   NET SO UTIONS

05  CITSLINC INT'L INC.
    US. SINO ECONOMI & CUTURAL EXCHANGE

04  DAVID AND RAYMOND
06

07  GOLDEN TIME REALTY

08                         LIMITED PARTNERSHIP

Exhibit 4





Exhibit 6



Exhibit 7





