LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

FILED
2007 DEC 20 PM 12:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,<br><br>　　　　　　Defendants. | Civil Action No. **07 CV 2391 BTM AJB**<br><br>**DECLARATION OF RANDAL J. PISSOT IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>DATE: TBD<br>TIME: TBD<br>CTRM: TBD |

LATHAM&WATKINS LLP   NSD\86676.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

DECLARATION OF RANDAL PISSOT ISO
PLAINTIFF'S EX PARTE APPLICATION FOR A
TRO AND OSC RE PRELIMINARY INJUNCTION

1   I, Special IRS Agent, retired, Randal J. Pissot, hereby declare as follows:

2   1.   I am an employee of The Baker Street Group, Inc., a team of private investigators
3   located in San Diego, California. I am licensed by the State of California as a Private
4   Investigator through The Baker Street Group. I have been retained to investigate sales and
5   distribution of "Angelite" bathroom tissue products. I have personal knowledge of the matters
6   set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

### RETAIL SALES OF "ANGELITE" BATHROOM TISSUE PRODUCTS

8   2.   On September 12, 2007, I visited several retail store locations in the south
9   San Diego, California area. I purchased "Angelite" bathroom tissue products at several locations
10  as detailed in the table below:

| | | |
|---|---|---|
| La Bodega Wholesale<br>388 Calle Primera<br>San Ysidro, CA 92173 | Angelite 500 (6 count package) | "Angelito Papel De Bano" |
| La Bodeguita<br>4174 Beyer Blvd.<br>San Ysidro, CA 92173 | Angelite 525 (3 rolls) | "Angelito Papel De Bano" |

15  3.   Attached as Exhibit 1 is a true and correct copy of a receipt from my purchases at
16  La Bodega Wholesale.

17  4.   Attached as Exhibit 2 is a true and correct copy of a receipt from my purchases at
18  La Bodeguita.

19  I declare under penalty of perjury under the laws of the United States that the foregoing is
20  true and correct and that this declaration was executed by me on this 18th day of December
21  2007.

_____
Randal J. Pissot

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

NSD\86676.1

1

DECLARATION OF RANDAL PISSOT ISO
PLAINTIFF'S EX PARTE APPLICATION FOR A
TRO AND OSC RE PRELIMINARY INJUNCTION

12/18/2007 17:21 FAX 8586731050   BAKER STREET GROUP   ☒003

Exhibit 1

```
            LA BODEGA WHOLESALE
            368 CALLE PRIMERA
             San Ysidro CA 92173
               619-662-3032
           Cashier:  YOLANDA A.


ANGELITO PAPEL DE BAÑO           1.89 T
ANGEL TOILET TISSUE 12CT         3.69 T


                   SUBTOTAL    5.58
                        TAX    0.43
                      TOTAL    6.01
                       CASH   10.01
                     CHANGE    4.00

                Item Count 2

            Gracias Por Su Compra !!!
                 Thank You !!!

Date      Time     Lane  Clerk  Trans #
09/12/07  11:03 AM   3    93      44
```

```
            LA BODEGUITA
            4174 Beyer Blvd
          San Ysidro, CA 92173
             (619) 428-0142
       9/12/2007 11:24:43 AM  2 99 2 16
          Cashier: Maria Guadalupe L.


  ANGELITO PAPEL DE BAÑO 1 ROLL     0.45 T
  ANGEL TISSUE 12CT                 0.45 T
  ANGELITO PAPEL DE BAÑO 12 ROLL    0.45 T
  ANGEL TISSUE 12CT                 0.45 T
  ANGELITO PAPEL DE BAÑO 12 ROLL    0.45 T
  ANGEL TISSUE 12CT                 0.45 T


                      SUBTOTAL      2.70
          2.70        TAX 7.75 %    0.21
                         TOTAL      2.91
                          CASH      3.00
                        CHANGE      0.09

                  Item Count 6

              GRACIAS POR SU COMPRA!!!
```