|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>            Plaintiff,<br>v.<br>LEE'S GENERAL TOYS, INC., a California corporation, et. al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 07cv2391 JAH (POR)<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|---|

Pending before the Court is Plaintiff's motion for a temporary restraining order filed on December 20, 2007. Plaintiff seeks an order enjoining Defendants from promoting or marketing their "Angelite" bathroom tissue products, which Plaintiff alleges, infringes its "Angel Soft" trademarks. Plaintiff argues there is a significant chance Defendants will destroy the products or relocate themselves if they are given prior notice of the motion for temporary restraining order. Federal Rule of Civil Procedure 65(b) provides that:

> A temporary restraining order may be granted without written or oral notice to the adverse party or that party's attorney only if (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition, and (2) the applicant's attorney certifies to the court in writing the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be required.

After a review of the motion, declarations filed in support and the complaint, the Court

finds insufficient facts showing that immediate and irreparable injury will result if Defendant has an opportunity to respond to the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. A hearing on Plaintiff's motion for temporary restraining order will be held before this Court in Courtroom 11 at 940 Front Street, San Diego, California 92101 on **January 14, 2008 at 2:30 p.m.**

2. Defendants shall file and serve a response to the motion for temporary restraining order **on or before January 7, 2008.**

3. Plaintiff shall file a copy of this order, the motion and declarations in support on Defendants **on or before December 28, 2007**.

DATED: December 20, 2007

_____
JOHN A. HOUSTON
United States District Judge