Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 20 PM 12: 57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

vs

LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,

**SUMMONS IN A CIVIL ACTION**
Case No.

**'07 CV 2391 BTM AJB**

TO: (Name and Address of Defendant)

LEE'S GENERAL TOYS, INC.
3389 East 50th Street
Vernon, California 90058

JOHN LEE, an individual
3389 East 50th Street
Vernon, California 90058

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen P. Swinton
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071

An answer to the complaint which is herewith served upon you, within <u>twenty</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY

By _____, Deputy Clerk

DEC 2 0 2007
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

12/24/2007 07:40 FAX 8586731050        BAKER STREET GROUP                              ☒004

## RETURN OF SERVICE

| of the Summons and Complaint was made by me | DATE 12-22-07 |
|---|---|
| NAME OF SERVER DARWIN D. WISDOM | TITLE Private Investigator |

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ Business with a person of suitable age and discretion then ~~residing therein:~~ Located at 3389 EAST 50TH STREET, VERNON, CA

Name of person with whom the summons and complaint were left: JEFFREY LEE, 19 year old SON OF JOHN LEE, OWNER OF LEE'S GENERAL TOYS, INC.

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 12-22-07         Signature of Server: Darwin D. Wisdom

Address of Server: 16476 Bernardo Center Dr #221, San Diego, CA 92128

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PRO████████████████████HAT A U.S. MAGISTRATE OF
THIS DISTRICT MAY, UPON THE                    ROCEEDINGS, INCLUDING A
JURY OR NON-JURY TRIAL, AND                    EL FOR THE PLAINTIFF HAS
RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT                       NTIRELY VOLUNTARY AND
SHOULD BE COMMUNICATED SO                      CONSENT WILL THE JUDGE
OR MAGISTRATE TO WHOM THE                      ECISION.

JUDGMENTS OF THE U.S. MAGIST                   ALS IN ACCORDANCE WITH
THIS STATUTE AND THE FEDERA

Darwin D. Wisdom   (858) 673-5400
FBI Special Agent, retired

BAKER STREET GROUP
16476 Bernardo Center Drive
Suite 221
San Diego, CA 92128
Fax (858) 673-1050
wisdom@bakerstreetgroup.com    CA P.I. Lic. #22086

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1   11:34am)

## RETURN OF SERVICE

Summons and Complaint was made by me   DATE  12-22-07

OF SERVER  DARWIN D. WISDOM   TITLE  Private Investigator

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[X] Left copies thereof at the defendant's ~~dwelling, house or usual place of abode~~ Business located with a person of suitable age and discretion then ~~residing~~ therein: aT 3389 EAST 50TH STREET, VERNON, CA

Name of person with whom the summons and complaint were left: JEFFREY LEE, 19 year old SON OF JOHN LEE

[ ] Return unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 12-22-07       Signature of Server: Darwin D. Wisdom

Address of Server: 16476 Bernardo Center Dr. #221, San Diego, CA 92128

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ TIFIED THAT A U.S. MAGISTRATE OF
THIS DISTRICT MAY, UP                                      R ALL PROCEEDINGS, INCLUDING A
JURY OR NON-JURY TRI    Darwin D. Wisdom  (858) 673-5400   COUNSEL FOR THE PLAINTIFF HAS
RECEIVED A CONSENT F    FBI Special Agent, retired

YOU SHOULD BE AWAR      BAKER STREET GROUP                 ENT IS ENTIRELY VOLUNTARY AND
SHOULD BE COMMUNIC.     16476 Bernardo Center Drive        PARTIES CONSENT WILL THE JUDGE
OR MAGISTRATE TO WH     Suite 221                          YOUR DECISION.
                        San Diego, CA 92128
                        Fax (858) 673-1050
JUDGMENTS OF THE U.S                                       OF APPEALS IN ACCORDANCE WITH
THIS STATUTE AND THE    wisdom@bakerstreetgroup.com  CA P.I. Lic.#22086

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1   11:34am)