1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile:  (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GEORGIA-PACIFIC CONSUMER          )  Civil Action No. 07-CV-2391 JAH (POR)
   | PRODUCTS LP, a Delaware limited   )
12 | partnership,                      )  **CERTIFICATE OF SERVICE**
   |                                   )
13 |                    Plaintiff,     )
   |                                   )
14 |         v.                        )
   |                                   )
15 | LEE'S GENERAL TOYS, INC., a California )
   | corporation, JOHN LEE, an individual; and )
16 | DOES 1-100,                       )
   |                                   )
17 |                    Defendants.    )
   |                                   )
18 |                                   )
                                       )
19

20

21

22

23

24

25

26

27

28

LATHAM*WATKINS    NSD\90959.1                              Civil Action No. 07-CV-2391 JAH (POR)
  ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

1  I am employed in the County of San Diego, State of California. I am over the age of 18 years and
2  not a party to this action. My business address is: Baker Street Group, 16476 Bernardo Center Drive,
3  Suite 221, San Diego, California 92128.
4  On December 22, 2007, I served the following document described as:
5     1.    **NOTICE OF PARTY WITH FINANCIAL INTEREST**
6     2.    **NOTICE OF RELATED CASE**
7     3.    **PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
8  
9     4.    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
10  
11  
12     5.    **DECLARATION OF ANDREW TOWLE IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
13  
14     6.    **DECLARATION OF DARWIN D. WISDOM IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
15  
16  
17     7.    **DECLARATION OF RANDAL J. PISSOT IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
18  
19     8.    **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**
20  
21  by serving a true copy of the above-described document in the following manner:
22  **BY HAND DELIVERY**
23  I personally hand delivered the above-described documents to the party listed below on
24  December 22, 2007:
25  
Lee's General Toys, Inc.          John Lee, an individual
3389 East 50th Street             3389 East 50th Street
26  Vernon, California 90058        Vernon, California 90058
27  
(Documents left with Jeffrey Lee, 19 year old son        (Documents left with Jeffrey Lee, 19 year old son
28  of Lee's General Toys, Inc. owner, John Lee)        of John Lee)

1. ☐ By delivering the document at the courthouse.

2. ☒ By leaving a sealed envelope or package containing the above-described document and addressed as set forth above with a receptionist or other person having charge thereof at the offices of the party listed above. **(Documents left with Jeffrey Lee, 19 year old son of Lee's General Toys, Inc. owner, John Lee)**

3. ☐ Finding no person in the office at a time between the hours of 9:00 a.m. and 5:00 p.m. when the service was made, a sealed envelope or package containing the above-described document and addressed as set forth above was left in a conspicuous place at the office (*see* Cal. Civ. Proc. Code § 1011(a)).

4. ☐ Finding the office of the attorney of record closed between the hours of 9:00 a.m. and 5:00 p.m., and the attorney's residence address was either unknown or no one over the age of 18 years was at such residence, I deposited a sealed envelope or package containing the above-described document and addressed as set forth above in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of mail in the city of _____, _____, with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __12/27/07__, at the city of San Diego, California.

_____
Darwin D. Wisdom
Private Investigator

LATHAM&WATKINS NSD\90958.1
ATTORNEYS AT LAW
San Diego North County

3

Civil Action No. 07-CV-2391 JAH (POR)