RONALD MARTINETTI, ESQ.
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-10,<br><br>    Defendants. | CASE. NO. 07 CV 2391 (BTM AJB)<br><br>DEFENDANTS' NOT. OF PARTY WITH FINANCIAL INTEREST<br><br><br><br>(Assigned to Hon. J. Houston) |

PURSUANT TO LOCAL CIVIL RULE 40.2 Defendants Lee's General Toys, Inc. and John Lee state that they are the only parties (aside from Plaintiff) that have any financial interest in this case.

Dated: January 8, 2008

KAZANJIAN & MARTINETTI
RONALD MARTINETTI, ESQ.

By _____
Ronald Martinetti
amlegends@aol.com

1

PROOF OF SERVICE

I am employed in Los Angeles County, California; I am over the age of eighteen years and not a party to the within action. My business address is 520 East Wilson Glendale, California 91206.

On this date I served Defendants' Not. of Party With Fin. Int.

\_\_\_\_\_ by personal delivery (to the address below)

x
\_\_\_\_\_ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Glendale, California, addressed to:

Stephen Swinton, Esq.
Latham & Watkins
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel. 858-523-5400
FAX 858-523-5450

and via FAX to counsel for Georgia-Pacific Consumer Prod. (x)

(x) BY MAIL I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. I am readily familiar with our law firm's practice of collecting and processing correspondence and documents for mailing. They are deposited with the U.S. Postal Service on the same day as dated, in the ordinary course of business.

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

(x) (Federal)

The papers are also to be filed via e-mail.

I declare under penalty of perjury of the state of California that the foregoing is true and correct.

Executed this January 8, 2008 at Glendale, California 91206

[signature]

1