UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>         Plaintiff,<br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, et. al.,<br><br>         Defendants. | Civil No.07cv2391 JAH (POR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A REPLY AND CONTINUING THE HEARING ON THE MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

A hearing on Plaintiff's motion for temporary restraining order was held before this Court on January 14, 2007. Steve Swinton, Adam Welland, Colleen Smith, Kelly Boss and Christine Cason appeared on behalf of Plaintiff. Ron Martinetti appeared on behalf of Defendant. The Court granted Plaintiff's motion for leave to file a reply, but notified the parties any new argument contained therein would not be considered. Plaintiff informed the Court the parties were continuing to meet in an attempt to reach a resolution with regard to the preliminary injunction and sought issuance of a temporary restraining order. Defendants objected to the issuance of a temporary restraining order and requested a brief continuance of the hearing. Finding it appropriate to continue the hearing on the temporary restraining order, the Court denied Plaintiff's request.

Accordingly, in conjunction with the order made on the record, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for leave to file a reply is **GRANTED**. Plaintiff shall electronically file the reply attached to its motion for leave.
2. The hearing on Plaintiff's motion for temporary restraining order and preliminary injunction is continued to **January 28, 2008 at 2:30 p.m.**

DATED: January 15, 2008

JOHN A. HOUSTON
United States District Judge