RONALD MARTINETTI, ESQ.
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193
E-Mail amlegends@aol.com

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ------------------------------------ | CASE. NO. O7 CV 2391 (JAH POR) |
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, | ) DEFENDANTS' MOTION ) FOR LEAVE TO FILE ) A DECLARATION OF |
| Plaintiff, | ) JOHN LEE IN REBUTTAL ) TO PLAINTIFF'S REPLY |
| vs. | ) STATING THAT THE ) DISPUTE RE TRO IS ) MOOT IN THAT DEF- |
| LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-10. | ) ENDANTS HAVE REMOVED ) THE OFFENDING ANGELITE ) WRAPPING FROM THE ) TISSUE PAPER |
| Defendants. | ) Date: January 28, 08 ) Time: 2:30 pm |
| ------------------------------------ | ) Judge: Hon. J. Houston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Lee's General Toys, Inc. and John Lee respectfully move the Court for leave to file a Declaration of John Lee in Rebuttal to Plaintiff's Reply. The declaration is attached to this Motion as Exhibit 1.

As set forth in Mr. Lee's declaration, Defendant Lee's General Toys, Inc. has voluntarily removed 59,520 outer wrappings from its entire stock of Angelite tissue paper and has no intention of

1

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

during

of

moving,

wrap-

however,

reserve the right to sell plain white tissue paper or to re-wrap the plain white rolls with Swan tissue paper wrapping which Defendant Lee's General Toys, Inc. also markets and which is not in controversy.

Defendants have voluntarily taken this action despite the fact that they have a valid California trademark in the name Angelite.

Defendants respectfully submit that the TRO and temporary injunction should be denied since the controversy is now moot and there is no threatened harm to Plaintiff to justify injunctive relief; any remedy that Plaintiff has at this point is one for damages and therefore there is an adequate remedy at law.

Dated: January 21, 2008        KAZANJIAN & MARTINETTI
                               RONALD MARTINETTI, ESQ.


                        By  Ron Martin
                           Ronald Martinetti
                           Attorneys for Defendants
                           Lee's General Toys, Inc. and
                           John Lee

RONALD MARTINETTI, ESQ.
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193
E-Mail amlegends@aol.com

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ----------------------------------- | CASE. NO. 07 CV 2391 (JAH POR) |
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, | DECLARATION OF JOHN LEE IN REBUTTAL TO PLAINTIFF'S REPLY |
| Plaintiff, | |
| vs. | Date: January 28, 08 |
| | Time: 2:30 pm |
| | Judge: Hon. J. Houston |
| LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-10, | |
| Defendants. | |

DECLARATION OF JOHN LEE IN REBUTTAL TO PLAINTIFF'S REPLY

I, John Lee, hereby declare:

1.  I am a defendant in the present action, along with Lee's General Toys, Inc. I am the president of Lee's General Toys and am familiar with the day to day operations.

2.  In 2003 Lee's General Toys received a valid California

1

EXHIBIT A

trademark in the name Angelite. Under this name, the company
sells and markets bathroom tissue paper in California ~~and other~~
~~states and Mexico.~~ This trademark has been challenged by Georgia-
Pacific which claims a superior right in the Angel Soft trade-
mark.

3. In the last few days, I have ordered and supervised the
removal of ~~51,250~~ 59,520 TL outer wrappings from our entire stock of Ange-
lite tissue paper. These represented all the stock in our ware-
house, including a recent shipment from China. There is no more
Angelite tissue paper in our warehouse and none is on order from
China.

4. Until this action is completed, I have no intention, nor
does Lee's General Toys have any intention, of importing, dis-
tributing, selling, shipping, purchasing, moving, transporting
and/or exporting any tissue paper with the Angelite wrapping.

5. At present, the ~~51,250~~ 59,520 TL white tissue rolls are stored in our
warehouse in Vernon. Lee's General Toys, Inc. has a valid trade-
mark in the name Swan which is not in controversy. We respectful-
ly reserve the right to re-wrap the ~~51,250~~ 59,520 TL white tissue rolls
with Swan wrapping--or to market the white tissue rolls without
any wrapping. Since the name Swan is not in controversy, and
since plain white rolls are generic, Defendants respectfully
submit that they should be allowed to market these items (and
avoid financial hardship).

6. Although Defendants believe that they have a valid trade-
mark in the name Angelite, they have no intention of further
marketing any items under the name Angelite as long as the
present lawsuit is pending.

2

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States and the state of California.

Executed this January 22, 2008 at Vernon, California

**PROOF OF SERVICE**

I am employed in Los Angeles County, California; I am over the age of eighteen years and not a party to the within action. My business address is 520 East Wilson Glendale, California 91206.

On this date I served Defendants' Motion for Leave to File a Decl. of J. Lee in Rebuttal to Plaintiff's Reply

\_\_\_\_ by personal delivery  (to the address below)

x

_____ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Glendale, California, addressed to:

Stephen Swinton, Esq.
Latham & Watkins
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel. 858-523-5400
FAX 858-523-5450


and via FAX to counsel for Georgia-Pacific Consumer Prod. (x)

(x)  BY MAIL I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. I am readily familiar with our law firm's practice of collecting and process-ing correspondence and documents for mailing.  They are deposited with the U.S. Postal Service on the same day as dated, in the ordinary course of business.


\_\_\_\_  (State)  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

(x)  (Federal)

The papers are also to be filed via e-mail.

I declare under penalty of perjury of the state of California that the foregoing is true and correct.

Executed this January 23, 2008 at Glendale, California 91206

Ron Martin

1

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206