1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>        Plaintiff,<br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, et. al.,<br><br>        Defendants. | Civil No.07cv2391 JAH (POR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DECLARATION** [Doc. No. 18] |

Pending before the Court is Defendants' motion for leave to file a declaration by John Lee in response to the reply filed by Plaintiff.  Good cause shown, **IT IS HEREBY ORDERED** Defendants' motion for leave is **GRANTED**.  Defendants shall electronically file the declaration attached to their motion for leave.

DATED:  January 24, 2008

_____
JOHN A. HOUSTON
United States District Judge

07cv2391