RONALD MARTINETTI, ESQ.
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-10,<br><br>    Defendants. | CASE. NO. 07 CV 2391 (JAH POR)<br><br>DEFENDANTS' NOTICE OF LODGING OF PHOTOGRAPHS DEPICTING UNWRAPPED ANGELITE TISSUE PAPER (IN CONNECTION WITH HEARING)<br>Date: January 28, 08<br>Time: 2:30 pm<br>Judge: Hon. J. Houston<br><br>(Assigned to Hon. J. Houston) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants respectfully lodge two photographs depicting (some of) the unwrapped Angelite tissues and the discarded Angelite outer wrappings. These two photographs are lodged in connection with the January 28, 2008 hearing.

These and other photographs were taken by legal counsel for Lee's General Toys who can authenticate them at the hearing.

1

| | |
|---|---|
| Dated: January 25, 2008 | KAZANJIAN & MARTINETTI<br>RONALD MARTINETTI, ESQ.<br><br>By /s/ Ron Martinetti<br>Ronald Martinetti<br>Attorneys for Defendants<br>Lee's General Toys, Inc. and<br>John Lee<br>E-mail: amlegends@aol.com |

2

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

**PROOF OF SERVICE**

I am employed in Los Angeles County, California; I am over the age of eighteen years and not a party to the within action. My business address is 520 East Wilson Glendale, California 91206.

On this date I served Defendants' Notice of Lodging of Photographs Depicting Unwrapped Angelite Tissue Paper (in Connection with Hearing)

____ by personal delivery (to the address below)

x
____ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Glendale, California, addressed to:

Stephen Swinton, Esq.
Latham & Watkins
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel. 858-523-5400
FAX 858-523-5450

and via FAX to counsel for Georgia-Pacific Consumer Prod. (x)

(x) BY MAIL I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. I am readily familiar with our law firm's practice of collecting and processing correspondence and documents for mailing. They are deposited with the U.S. Postal Service on the same day as dated, in the ordinary course of business.

____ (State) I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

(x)   (Federal

The papers are also to be filed via e-mail.

I declare under penalty of perjury of the state of California that the foregoing is true and correct.

Executed this January 25, 2008 at Glendale, California 91206



1



Case 3:07-cv-02391-JAH-POR    Document 20    Filed 01/25/2008    Page 4 of 5

