1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

12

Plaintiff,

v.

13
14

LEE'S GENERAL TOYS, INC.,a California corporation, et. al.,

15

Defendants.

16

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No.07cv2391 JAH (POR)

**ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

17    A hearing on Plaintiff's motion for temporary restraining order and preliminary

18 injunction was held before this Court on January 28, 2007.  Stephen Swinton, Adam

19 Welland, Colleen Smith and Christine Cason appeared on behalf of Plaintiff.  Ron

20 Martinetti appeared on behalf of Defendants.  After hearing oral argument on the motion

21 for temporary restraining order and preliminary injunction, the Court issued its ruling on

22 the record.

23    In conjunction with the order made on the record, **IT IS HEREBY ORDERED**:

24    1.    Plaintiff's motion for temporary restraining order is **DENIED**.

25    2.    Plaintiff shall file a supplemental brief in support of its motion for

26       preliminary injunction **on or before February 15, 2008**.

27    3.    Defendant shall file a response **on or before February 28, 2008**.

28    4.    If Plaintiff wishes to file a reply, the reply must be filed **on or before March**

1           **7, 2008**. *The motion will be deemed under submission at that time.*

2  DATED:  January 29, 2008

3

4                        JOHN A. HOUSTON
                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28