1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California  92130-2071
   Telephone:  (858) 523-5400
5  Facsimile:  (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  GEORGIA-PACIFIC CONSUMER          )    CIVIL ACTION NO. 07-CV-02391 JAH POR
    PRODUCTS LP, a Delaware limited   )
12  partnership,                      )
                                      )    **DECLARATION OF ADAM A. WELLAND**
13              Plaintiff,            )    **IN SUPPORT OF PLAINTIFF GEORGIA-**
                                      )    **PACIFIC'S *EX PARTE* APPLICATION**
14        v.                          )    **FOR EXPEDITED DISCOVERY**
                                      )
15  LEE'S GENERAL TOYS, INC., a California )
    corporation, JOHN LEE, an individual; and )
16  DOES 1-100,                       )
                                      )
17              Defendants.           )
                                      )
18                                    )
                                      )
19  _____  )

20

21

22

23

24

25

26

27

28

I, Adam A. Welland, hereby declare as follows:

1.     I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I am licensed to practice law in the State of California and admitted before this Court. I submit this declaration in support of Plaintiff Georgia-Pacific's *Ex Parte* Application for Expedited Discovery, filed concurrently herewith.

2.     The facts set forth herein are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3.     Pursuant to Local Rule Local Rule 83.3(h)(2)(1), on January 31, 2008 at approximately 11:35 a.m., I called opposing counsel, Mr. Ronald Martinetti to notify him that Georgia-Pacific would file this *ex parte* application on either that day or the February 1, 2008 in this Court. According to Mr. Martinetti, Defendants intend to oppose this *ex parte* application.

4.     Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Andrew Towle (without the previously filed exhibits) in Support of Plaintiff Georgia-Pacific Consumer Products LP's *Ex Parte* Application for Temporary Restraining Order, or in the Alternative, Order to Show Cause, filed December 20, 2007.

5.     Attached hereto as Exhibit 2 is a true and correct copy of the federal trademark registration certificate for U.S. Reg. No. 781,414.

6.     Attached hereto as Exhibit 3 is a true and correct copy of the federal trademark registration certificate for U.S. Reg. No. 1,172,215.

7.     Attached hereto as Exhibit 4 is a true and correct copy of the federal trademark registration certificate for U.S. Reg. No. 2,512,417.

8.     Georgia-Pacific has contacted Defendants on numerous occasions to request Defendants' cooperation through disclosure of the source or sources from which Defendants have received the offending products, the retail establishments or other customers to whom Defendants have distributed these products, information relating to any pending or issue "Angelite" trademarks, and financial records documenting the full extent of Defendants' infringing activities. Indeed, in Georgia-Pacific's initial communications with Defendants, Georgia-Pacific made clear its request for full disclosure of details regarding the distribution

1  networks for "Angelite" products. While Defendants took some steps to respond to Georgia-

2  Pacific's request, by letter dated December 31, 2007, Defendants' initial disclosure contained

3  only the manufacturer and agent in China as well as minimal financial information without any

4  supporting documentation, which was then contradicted by a later disclosure.

5  9.    Accordingly, Georgia-Pacific, through counsel, continued to request Defendants'

6  full cooperation in disclosures regarding the sources of the offending "Angelite" products, the

7  Defendants' own distribution network, and related financial information. Attached hereto as

8  Exhibit 5 is a letter sent to counsel for Defendants, Mr. Ronald Martinetti, listing the information

9  sought by Georgia-Pacific, dated January 15, 2008.

10  10.    Attached hereto as Exhibit 6 is a letter I sent to counsel for Defendants,

11  Mr. Ronald Martinetti, dated January 22, 2008, again requesting Mr. Martinetti's cooperation in

12  disclosing the requested information.

13  11.    Attached hereto as Exhibit 7 is a follow-up letter I sent to Mr. Martinetti again

14  reciting the information sought by Georgia-Pacific, dated January 28, 2008.

15  12.    To date, Defendants have failed to adequately provide the disclosures requested

16  by Georgia-Pacific. While Defendants have provided some additional information pursuant to

17  Georgia-Pacific's requests, these disclosures—which are contained in a single-page letter dated

18  January 25, 2008 and unsupported by any documentation—are extremely minimal and inherently

19  suspect. For instance, Defendants possess a California trademark registration for the mark

20  "Angelite," which they claim to have held since 2003, yet they claim to have imported no more

21  than six containers—*in total*—of bathroom tissue carrying this mark, amounting to less than

22  $40,000 worth of goods. Given that Defendants have obtained a California state trademark

23  registration in *2003*, sought and abandoned a federal trademark in 2003 – 2004, and are currently

24  seeking a federal trademark registration for this mark, Defendants' assertion that that only six

25  containers have been imported is suspect. The costs associated with these trademark

26  applications, including the need to hire an attorney, as well as the fact that such applications were

27  filed almost five years ago suggest that distribution and sale of "Angelite" products may be far

28  more extensive and profitable than Defendants contend.

1      13.    Defendants also have repeatedly refused to enter a stipulated preliminary

2  injunction prohibiting them from distributing and/or selling warehoused or future shipments of

3  "Angelite" products, despite Defendants' expressed willingness to discontinue these activities.

4  Defendants' refusal to agree to a stipulated preliminary injunction has further aroused Georgia-

5  Pacific's suspicions and heightens Georgia-Pacific's need to conduct limited, expedited

6  discovery.

7      I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct and that this declaration was executed by me on this 1st day of February 2008.

9

10                                          Adam A. Welland

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# EXHIBITS

2  EXHIBIT 1:    Declaration of Andrew Towle (without the previously filed exhibits).

3  EXHIBIT 2:    Copy of Registration Certificate for U.S. Reg. No. 781,414.

4  EXHIBIT 3:    Copy of Registration Certificate for U.S. Reg. No. 1,172,215.

5  EXHIBIT 4:    Copy of Registration Certificate for U.S. Reg. No. 2,512,417.

6  EXHIBIT 5:    Letter to Mr. Ronald Martinetti, dated January 15, 2008.

7  EXHIBIT 6:    Letter to Mr. Ronald Martinetti, dated January 22, 2008.

8  EXHIBIT 7:    Letter to Mr. Ronald Martinetti, dated January 28, 2008.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California  92130-2071
   Telephone:  (858) 523-5400
5  Facsimile:  (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP

7

**FILED**

DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          KNH          DEPUTY

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 GEORGIA-PACIFIC CONSUMER          )  Civil Action No. 
   PRODUCTS LP, a Delaware limited   )  **07 CV 2391 BTM AJB**
11 partnership,                      )
                                     )  **DECLARATION OF ANDREW TOWLE**
12              Plaintiff,           )  **IN SUPPORT OF PLAINTIFF**
                                     )  **GEORGIA-PACIFIC CONSUMER**
13      v.                           )  **PRODUCTS' *EX PARTE* APPLICATION**
                                     )  **FOR A TEMPORARY RESTRAINING**
14 LEE'S GENERAL TOYS, INC., a       )  **ORDER AND ORDER TO SHOW**
   California corporation, JOHN LEE, an )  **CAUSE RE PRELIMINARY**
15 individual; and                   )  **INJUNCTION**
   DOES 1-100,                       )
16                                   )  DATE:    TBD
              Defendants.            )  TIME:    TBD
17                                   )  CTRM:    TBD
                                     )
18                                   )
                                     )
19

20

21

22

23

24

25

26

27

28

I, Andrew Towle, hereby declare as follows:

1.    I am the Vice-President and General Manager of the Retail Tissue Business for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

### GEORGIA-PACIFIC'S ANGEL SOFT® BRAND AND ITS FEDERALLY REGISTERED TRADEMARKS

2.    Georgia-Pacific is a Delaware limited partnership with its principal place of business located at 133 Peachtree Street, N.E., Atlanta, Georgia 30303. We are one of the world's leading manufacturers and marketers of tissue, towels, napkins, cups, plates, cutlery and related tabletop items.

3.    Georgia-Pacific owns the **ANGEL SOFT®** brand and family of trademarks used in conjunction with bathroom tissue. Based upon company business records and reports, through its predecessors-in-interest, Georgia-Pacific first developed and began using the **ANGEL SOFT®** brand in connection with bathroom tissue in 1944. The picture shown in Figure 1 (and Exhibit 1) of this declaration depicts the current product configuration and packaging of a typical **ANGEL SOFT®** retail product.



**FIGURE 1**

4.    Georgia-Pacific and its predecessors-in-interest have used the **ANGEL SOFT®** marks for bathroom tissue continuously since 1944.

5.    Georgia-Pacific also owns the **ANGEL SOFT PS®** mark for bathroom tissue that it distributes through commercial channels. Georgia-Pacific first began using the **ANGEL SOFT PS®** mark in commerce in conjunction with bathroom tissue at least as early as January

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\612729.3

1

DECLARATION OF ANDREW TOWLE ISO
PLAINTIFF'S EX PARTE APPLICATION

1  31, 2003. The picture shown in Figure 2 (and Exhibit 2) of this declaration depicts the current

2  product configuration and packaging of a typical **ANGEL SOFT PS®** commercial product.



8  **FIGURE 2**

9      6.    Georgia-Pacific has used the **ANGEL SOFT PS®** mark continuously since that

10  2003.

11      7.    Georgia-Pacific owns several federally registered trademarks that protect its

12  **ANGEL SOFT®** and **ANGEL SOFT PS®** brands of bathroom tissue: U.S. Registration

13  Numbers 781,414; 1,172,215; 2,512,417; 2,912,982; 2,972,819; and 2,989,711. Georgia-Pacific

14  also owns two additional Angel marks, U.S. Registration Numbers 2,546,897 and 2,841,759.

15  True and correct copies of the federal registrations for these trademarks are attached as Exhibits

16  3 through 10. Hereinafter, I will collectively refer to Georgia-Pacific's **ANGEL SOFT®** and

17  **ANGEL SOFT PS®** marks as the "**ANGEL SOFT** Trademarks."

18      8.    Based upon widespread and continuous use, I am informed and believe that

19  Registration Nos. 781,414 and 1,172,215 have achieved incontestable status.

20      **SALES OF ANGEL SOFT® AND ANGEL SOFT PS® PRODUCTS**

21      9.    Since 1944, Georgia-Pacific has sold billions of dollars worth of bathroom tissue

22  under the **ANGEL SOFT** Trademarks in the U.S., Canada and Mexico.

23      10.    In particular, from 2004 through 2006, U.S. sales of bathroom tissue sold under

24  the **ANGEL SOFT** Trademarks totaled over $2 billion.

25      11.    The U.S. is the largest market for bathroom tissue sold under the **ANGEL SOFT**

26  Trademarks. Georgia-Pacific sells bathroom tissue under the **ANGEL SOFT** Trademarks in

27  both the retail and commercial channels. For example, **ANGEL SOFT®** bathroom tissue is sold

28  through the retail channel in large retail chain stores such as Wal*Mart, Target, Winn Dixie, and

1  Walgreen's as well as in tens of thousands independent retail stores located across the country.

2  Georgia-Pacific sells its **ANGEL SOFT PS®** bathroom tissue in the commercial channel to

3  distributors such as US Foodservice, SYSCO, Xpedx, and Lagasse Sweet who then distribute

4  **ANGEL SOFT PS®** to well-known commercial end users such as Hampton Inn, Sheraton

5  Hotels, The Walt Disney Company, Hyatt Hotels and Little Caesar Enterprises, Inc.

6  **ADVERTISING AND PUBLIC RECOGNITION OF ANGEL SOFT® BRAND AND**

7  **TRADEMARKS**

8       12.    Georgia-Pacific has invested significant expenses in advertising and promoting its

9  **ANGEL SOFT®** brand and products for over six (6) decades.  This advertising has consistently

10  used the **ANGEL SOFT** Trademarks.  In the U.S. in 2006 alone, Georgia-Pacific spent over $22

11  million in advertising and promoting bathroom tissue sold under the **ANGEL SOFT**

12  Trademarks.

13       13.    In the U.S., this advertising has consisted of television commercials, print

14  publications, radio commercials, billboards, live promotions, sponsorship of large events, trade

15  shows, brochures, and internet promotions—just to name a few.  Exhibits 11 through 22

16  exemplify the nature and scope of that advertising.

17       14.    Further, Georgia-Pacific directed a portion of its advertising for the **ANGEL**

18  **SOFT** Trademarks toward the Spanish-speaking market.  Since 2005, Georgia-Pacific paid for

19  both television and radio advertisements in markets, including but not limited to Los Angeles,

20  Phoenix and Houston, along with other national advertisements in 2007.

21       15.    This advertising and promotion has been continuous, and has also included

22  numerous large-scale campaigns that have stood out for consumers.  Some examples include the

23  "Angels in Action" and "Bathroom Moments" campaigns, which received significant media

24  attention and coverage.

25       16.    Georgia-Pacific also created a website (www.angelsoft.com) to promote its

26  **ANGEL SOFT** Trademarks and products.  This website launched in 2003 and currently receives

27  an average of 4,145 visitors per month.  Exhibits 23 through 25 are copies of website pages from

28  that website that promote the **ANGEL SOFT** Trademarks and products.

1    17.    Georgia-Pacific also distributes point-of-sale items that promote the **ANGEL**

2  **SOFT** Trademarks and products.  Exhibits 26 and 27 represent photographs of exemplary point-

3  of-sale items.

4    18.    Through over sixty (60) years of advertising and promotion of the **ANGEL**

5  **SOFT®** brand, and by virtue of millions of dollars in marketing and advertising expenditures,

6  the **ANGEL SOFT®** brand has become well-known among consumers.  According to AC

7  Nielsen market share data for the 52 weeks ending September 08, 2007, the **ANGEL SOFT®**

8  brand ranked second in total dollar sales.  We believe that the **ANGEL SOFT** Trademarks serve

9  to identify the **ANGEL SOFT®** brand and are extremely valuable to Georgia-Pacific.

10  **GEORGIA-PACIFIC'S QUALITY CONTROL EFFORTS TO MAINTAIN THE**

11  **HIGHEST QUALITY STANDARDS FOR ANGEL SOFT® PRODUCTS**

12    19.    The products sold under the **ANGEL SOFT** Trademarks must meet Georgia-

13  Pacific's rigorous standards of quality.  As a result, Georgia-Pacific endures significant expense

14  to ensure that its products sold under the **ANGEL SOFT** Trademarks adhere to high quality

15  standards.  Some examples of the quality control efforts in place by Georgia-Pacific include, but

16  are not limited to, measuring and controlling the quality of the base sheet of the bathroom tissue

17  during production; measuring and recording the finished bathroom tissue rolls at least once per

18  day per manufacturing line; conducting periodic workmanship audits of the bathroom tissue

19  itself as well as the packaging, box and pallet; and conducting softness panels to judge sensory

20  softness.

21  **ACTUAL CONFUSION BETWEEN ANGEL SOFT® PRODUCTS AND DEFENDANTS'**

22  **UNAUTHORIZED "ANGEL" PRODUCTS**

23    20.    On May 17, 2007, Georgia-Pacific received a letter from an anonymous consumer.

24  A true and correct copy of that anonymous letter is attached as Exhibit 28.  The letter stated that

25  "Angel" products were being confused in the marketplace with Georgia-Pacific's **ANGEL**

26  **SOFT®** products.  The letter states that, "many people seemed to be misled by this infringed

27  [sic] product thinking that the (G.P.) T.V. commercial has something to do with the toilet paper

28

**EXHIBIT 2**

# United States Patent Office

781,414
Registered Dec. 8, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 150,668, filed Aug. 7, 1962

## ANGEL SOFT

Hudson Pulp & Paper Corp. (Maine corporation)
477 Madison Ave.
New York 22, N.Y., assignee of
Angel Soft Tissue Mills, Inc. (New York corporation)
New York, N.Y.

For: DISPOSABLE PAPER TISSUES, TOILET TIS-
SUES, AND PAPER NAPKINS, in CLASS 37.

First use 1944; in commerce 1944.

No claim is made to "Soft" apart from the mark as
shown.

**EXHIBIT 3**

Int. Cl.: 16

Prior U.S. Cl.: 37

## United States Patent and Trademark Office

Reg. No. 1,172,215
Registered Oct. 6, 1981

## TRADEMARK
### Principal Register

## ANGEL SOFT

Hudson Pulp & Paper Corp. (Maine corporation)
320 Post Rd.
Darien, Conn. 06820

For: DISPOSABLE PAPER TISSUES, BATH-ROOM TISSUES, PAPER NAPKINS AND PA-PER TOWELS, in CLASS 16 (U.S. Cl. 37).

First use 1944; in commerce 1944.

Owner of U.S. Reg. Nos. 770,925 and 781,414.

The word "Soft" is disclaimed apart from the mark as shown without prejudice to applicant's common law rights.

Ser. No. 227,133, filed Aug. 13, 1979.

HENRY S. ZAK, Primary Examiner

**EXHIBIT 4**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**Reg. No. 2,512,417**

## United States Patent and Trademark Office

Registered Nov. 27, 2001

### TRADEMARK
### PRINCIPAL REGISTER



GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)
133 PEACHTREE STREET NE
ATLANTA, GA 30303

FOR: BATHROOM TISSUE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-1-2000; IN COMMERCE 5-1-2000.

OWNER OF U.S. REG. NOS. 781,414, 1,172,215, AND 1,917,281.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOFT", APART FROM THE MARK AS SHOWN.

SER. NO. 76-169,106, FILED 11-21-2000.

BERYL GARDNER, EXAMINING ATTORNEY

**EXHIBIT 5**

**Colleen C. Smith**
Direct Dial: +619.236.1234
colleen.smith@lw.com

600 West Broadway, Suite 1800
San Diego, California 92101-3375
Tel: +1.619.236.1234  Fax: +1.619.696.7419
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 15, 2008

File No. 038615-0003

**VIA FEDERAL EXPRESS AND FAX**

SUBJECT TO FED. R. EVID. 408

Ronald Martinetti
Law Offices of Kazanjian & Martinetti
520 East Wilson Avenue, Suite 250
Glendale, California 91206

Re:    *Georgia-Pacific Consumer Products LP v. Lee's General Toys et al.*, S.D. Cal.
No. 07-CV-02391 JAH POR

Dear Mr. Martinetti:

As we discussed, Georgia-Pacific, is willing to entertain continued dialogue regarding potential resolution of this matter.

Georgia-Pacific wishes to stop the distribution of Angelite products once and for all. Accordingly, we request full disclosure from your clients regarding:

- the distribution network for the infringing Angelite products, including the names and addresses of any and all direct and indirect manufacturers, agents, suppliers, and customers that Lee's General Toys has used to obtain and distribute these products;

- the amount of current inventory of Angelite products of which your clients are aware, including that in possession of customers;

- financial records regarding the marketing and sale of Angelite products, including any invoices, customs records, and tax documents;

- detailed information regarding any anticipated future shipments of the Angelite-labeled products to the United States, including the anticipated location, date of delivery and expected quantity; and

- information regarding any pending or issued trademarks filed by your clients (state and federal) related to Angelite products.

SD\616212.1

Ronald Martinetti
January 15, 2008
Page 2

**LATHAM&WATKINS**LLP

  I appreciate your professionalism, and I look forward to receiving these additional disclosures as soon as practicable.

       Best regards,

       /s/ Colleen C. Smith

       Colleen C. Smith
       of LATHAM & WATKINS LLP

**EXHIBIT 6**

**Adam A. Welland**
Direct Dial: (858) 523-3941
Adam.Welland@lw.com

12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 22, 2008

File No. 038615-0003

## VIA FACSIMILE AND FEDEX

Ronald Martinetti, Esq.
Law Offices of Kazanjian & Martinetti
520 East Wilson Avenue, Suite 250
Glendale, CA 91206

Re:    Georgia-Pacific Consumer Products v. Lee's General Toys, etc.

Dear Mr. Martinetti:

We have received your various correspondence. We are still awaiting the disclosures requested last week in our January 15, 2008 letter, although the Hearing is now less than a week away. We truly believe that will be the best way to minimize costs to our respective clients.

Sincerely,

Adam A. Welland / AM

Adam A. Welland
of LATHAM & WATKINS LLP

NSD\92170.1

**EXHIBIT 7**

Adam A. Welland
Direct Dial: +619.236.1234
Adam.Welland@lw.com

600 West Broadway, Suite 1800
San Diego, California 92101-3375
Tel: +1.619.236.1234  Fax: +1.619.696.7419
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 28, 2008

File No. 038615-0003

**VIA MAIL / EMAIL / FAX**

SUBJECT TO FED. R. EVID. 408

Ronald Martinetti
Law Offices of Kazanjian & Martinetti
520 East Wilson Avenue, Suite 250
Glendale, California 91206

Re:    *Georgia-Pacific Consumer Products LP v. Lee's General Toys et al.*, S.D. Cal.
No. 07-CV-02391 JAH POR

Dear Mr. Martinetti:

As we discussed after today's Hearing, Georgia-Pacific appreciates the disclosures received up to this point, but believes that they are incomplete and still requires additional information to permit a continued dialogue.

While our letter of January 15, 2008 contained these requests, they are re-iterated below with some additional detail.  Please ensure that this information spans from the time your clients first began selling 'Angelite' bathroom tissue (at least as early as 2003, when both federal and state trademark applications were filed) through the present:

- the distribution network for the infringing Angelite products, including the names and addresses of any and all direct and indirect manufacturers, agents, suppliers, and customers that Lee's General Toys has used to obtain and distribute these products;

- the amount of current inventory of Angelite products of which your clients are aware, including that in possession of customers;

- financial records regarding the marketing and sale of Angelite products, including any invoices, customs records, and tax documents (which are discoverable in a federal court action such as this);

- detailed information regarding any anticipated future shipments of the Angelite-labeled products to the United States, including the anticipated location, date of delivery and expected quantity; and

LATHAM&WATKINSᴸᴸᴾ

- information regarding any pending or issued trademarks filed by your clients
  (state and federal) related to Angelite products (including information about the
  individual(s) responsible for filing such applications)

Georgia-Pacific must receive the requested information by noon on Wednesday, or Georgia-Pacific will be forced to formally and promptly request expedited discovery from the Magistrate Judge.

Best regards,

/s/ Adam A. Welland

Adam A. Welland
of LATHAM & WATKINS LLP