RONALD MARTINETTI, ESQ.
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

---

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

    Plaintiff,

vs.

LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-10,

    Defendants.

CASE. NO. 07 CV 2391 (JAH POR)

DEFENDANT JOHN LEE'S DECLARATION IN OPP. TO PRELIMINARY INJUNCTION AND IN SUPPORT OF DEFS.' POINTS AND AUTHORITIES

Date: Jan. 28, 08

(Assigned to Hon. J. Houston)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Declaration of Defendant John Lee is filed in connection with his Memorandum of Law in Opposition to Plaintiff's Request for Preliminary Injunction which is to be filed by Feb. 28.

Dated: February 6, 2008    KAZANJIAN & MARTINETTI
                                    RONALD MARTINETTI, ESQ.

                                    By /s/ Ron Martinetti
                                    Ronald Martinetti
                                    Attorneys for Defendants

1

DECLARATION OF JOHN LEE IN OPPOSITION TO

PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION

I, John Lee, declare:

1. As I have informed this Court, we have removed the outer wrappings from 59,520 tissue rolls and are no longer selling, importing, or distributing Angelite tissue (pending the outcome of this litigation).

2. I have also informed our five major distributors that we are no longer selling Angelite tissue and will not refill any re-orders. Instead, we are offering for sale our Swan label which is not in controversy.

3. On February 4, 2008 I wrote each of the distributors the following letter: "Dear Sir or Madam, Please note that General Toys is no longer selling "Angelite" tissue products. Please do not reorder "Angelite" tissue because these orders will not be filled. Currently, we are selling "Swan" toilet tissue. Please feel free to place your orders for "Swan" toilet tissue. We appreciate your business and look forward to working together in the future." These letters were mailed on February 4, 2008.

4. Defendants believe that they have a valid trademark and, in fact, received a trademark from the California Secretary of State in 2003. Plaintiff has known about this trademark since 2003 and has slept on its rights. However, Defendants have no intention of further marketing any items under the name Angelite as long as the present lawsuit is pending.

5. The exhibits that are attached as Nos. 1 through 5 are true

2

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

1  and exact copies of the five letters I sent to our distributors
2  and correct under the laws of the United States and the state of
3  California.
4
5  Executed this February 6, 2008 at Vernon, California
6
7                                                    John Lee
8
9  I declare under penalty of perjury that the foregoing is true

# GENERAL TOYS

Tel: (323) 826-9898
Fax: (323) 826-9733

3389 E. 50TH ST.
VERNON, CA 90058

February 4, 2008

TCI Supply Co.
121 E. 18th Street #3
Los Angeles, CA 90013

Dear Sir or Madam:

Please note that General Toys is no longer selling "Angelite" tissue products. Please do not reorder "Angelite" tissue because these orders will not be filled. Currently, we are selling "Swan" toilet tissue. Please feel free to place your orders for "Swan" toilet tissue. We appreciate your business and look forward to working together in the future.

Sincerely,

*[signature]*

John Lee
President

EXHIBIT A

**GENERAL TOYS**     Tel: (323) 826-9898
                    Fax:(323) 826-9733

3389 E. 50TH ST.
**VERNON, CA 90058**

February 4, 2008

Kensco
2602 37th Street
Vernon, CA 90053

Dear Sir or Madam:

Please note that General Toys is no longer selling "Angelite" tissue products. Please do not reorder "Angelite" tissue because these orders will not be filled. Currently, we are selling "Swan" toilet tissue. Please feel free to place your orders for "Swan" toilet tissue. We appreciate your business and look forward to working together in the future.

Sincerely,

*[signature]*

John Lee
President

**EXHIBIT 2**

# GENERAL TOYS

Tel: (323) 826-9898
Fax:(323) 826-9733

3389 E. 50TH ST
**VERNON, CA 90058**

February 4, 2008

Double Bargain Inc
3033 Bandini Blvd
Vernon, CA 90023

Dear Sir or Madam:

Please note that General Toys is no longer selling "Angelite" tissue products. Please do not reorder "Angelite" tissue because these orders will not be filled. Currently, we are selling "Swan" toilet tissue. Please feel free to place your orders for "Swan" toilet tissue. We appreciate your business and look forward to working together in the future.

Sincerely,

*[signature]*

John Lee
President

# EXHIBIT 3

**GENERAL TOYS**

Tel: (323) 826-9898
Fax: (323) 826-9733

3389 E. 50TH ST.
VERNON, CA 90058

February 4, 2008

Jorge Aceves Contreras
2170 Coronado Ave.
San Diego, CA 92154

Dear Sir or Madam

Please note that General Toys is no longer selling "Angelite" tissue products. Please do not reorder "Angelite" tissue because these orders will not be filled. Currently, we are selling "Swan" toilet tissue. Please feel free to place your orders for "Swan" toilet tissue. We appreciate your business and look forward to working together in the future.

Sincerely

John Lee
President

**EXHIBIT 4**

**GENERAL TOYS**

Tel: (323) 826-9898
Fax:(323) 826-9733

3389 E. 50TH ST.
VERNON, CA 90058

February 4, 2008

TBA Mexican Trade Grocery
1045 Bay Blvd. #A
Chula Vista, CA 91900

Dear Sir or Madam:

Please note that General Toys is no longer selling "Angelite" tissue products. Please do not reorder "Angelite" tissue because these orders will not be filled. Currently, we are selling "Swan" toilet tissue. Please feel free to place your orders for "Swan" toilet tissue. We appreciate your business and look forward to working together in the future.

Sincerely,

John Lee
President

EXHIBIT  5

## PROOF OF SERVICE

I am employed in Los Angeles County, California; I am over the age of eighteen years and not a party to the within action. My business address is 520 East Wilson Glendale, California 91206.

On this date I served Defendant John Lee's Decl. in Opp. to Preliminary Injunction and in Support of Defs.' Points and Authorities (to be filed by Feb. 28)

___ by personal delivery  (to the address below)

x ___ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Glendale, California, addressed to:

Stephen Swinton, Esq.
Latham & Watkins
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel. 858-523-5400
FAX 858-523-5450

and via FAX to counsel for Georgia-Pacific Consumer Prod. (x)

(x) BY MAIL I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. I am readily familiar with our law firm's practice of collecting and processing correspondence and documents for mailing. They are deposited with the U.S. Postal Service on the same day as dated, in the ordinary course of business.

___ (State) I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

(x) (Federal)

The papers are also to be filed via e-mail.

I declare under penalty of perjury of the state of California that the foregoing is true and correct.

Executed this February 6, 2008 at Glendale, California 91206



1