LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,<br>Defendants. | CIVIL ACTION NO. 07-CV-02391 JAH POR<br><br>**DECLARATION OF ADAM A. WELLAND IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date:   March 24, 2008<br>Time:  2:30 p.m.<br>Ctrm:  11<br>Judge: Hon. John A. Houston |

LATHAM&WATKINS LLP   SD\618822.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

07-CV-02391 JAH POR
WELLAND DECL. ISO GEORGIA-PACIFIC'S
MOTION FOR LEAVE TO AMEND

I, Adam A. Welland, hereby declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I am licensed to practice law in the State of California and admitted before this Court. I submit this declaration in support of Plaintiff Georgia-Pacific's Motion for Leave to File a First Amended Complaint, filed concurrently herewith.

2. The facts set forth herein are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. Georgia-Pacific has contacted Defendants on numerous occasions to request Defendants' cooperation through disclosure of the source or sources from which Defendants have received the offending "Angelite" products, the retail establishments or other customers to whom Defendants have distributed these products, information relating to any pending or issued "Angelite" trademarks, and financial records documenting the full extent of Defendants' infringing activities. While Defendants took some steps to respond to Georgia-Pacific's request, by letter dated December 31, 2007, Defendants' initial disclosure contained only the manufacturer and agent in China as well as minimal financial information without any supporting documentation, which was then contradicted by a later disclosure. By letter dated, January 25, 2008, Defendants provided some additional information concerning its suppliers and customers, although these disclosures are minimal. Subsequently, Defendants have also produced several invoices from 2003 and 2007 only.

4. Georgia-Pacific, through counsel, has continued to request Defendants' full cooperation in disclosures regarding the sources of the offending "Angelite" products, the Defendants' own distribution network, and related financial information. To date, Defendants have failed to adequately provide the disclosures requested by Georgia-Pacific.

5. Despite Defendants' refusal to cooperate with Georgia-Pacific by providing full and complete disclosure of the information requested by Georgia-Pacific, Georgia-Pacific repeatedly has offered to enter a stipulated preliminary injunction with Defendants, while Defendants continue in their efforts to gather the requested disclosures and take other steps to

LATHAM&WATKINS<sup>LLP</sup>   SD\618822.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

1

07-CV-02391 JAH POR
WELLAND DECL. ISO GEORGIA-PACIFIC'S
MOTION FOR LEAVE TO AMEND

1 | end their infringing conduct. Defendants have refused to enter a stipulated preliminary
2 | injunction. To date, no formal discovery has occurred.
3 |      6.    Promptly upon learning of the identities of Defendants' suppliers, Georgia-Pacific
4 | prepared its proposed First Amended Complaint.
5 |      7.    On January 31, 2008, I contacted counsel for Defendants, Mr. Ronald Martinetti,
6 | to request that Defendants stipulate to its filing. Defendants' counsel declined to stipulate to
7 | filing of the First Amended Complaint.
8 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
9 | true and correct and that this declaration was executed by me on this 15th day of February 2008.

                                        Adam A. Welland

LATHAM&WATKINS LLP  
ATTORNEYS AT LAW  
SAN DIEGO NORTH COUNTY  

SD\618822.1

2

07-CV-02391 JAH POR  
WELLAND DECL. ISO GEORGIA-PACIFIC'S  
MOTION FOR LEAVE TO AMEND