1 LATHAM & WATKINS LLP
  Stephen P. Swinton (Bar No. 106398)
2 steve.swinton@lw.com
  Adam A. Welland (Bar No. 228680)
3 adam.welland@lw.com
  12636 High Bluff Drive, Suite 400
4 San Diego, California 92130-2071
  Telephone: (858) 523-5400
5 Facsimile: (858) 523-5450

6 Attorneys for Plaintiff,
  GEORGIA-PACIFIC CONSUMER PRODUCTS LP

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 GEORGIA-PACIFIC CONSUMER ) Civil Action No. 07-CV-02391 JAH (POR)
  PRODUCTS LP, a Delaware limited )
12 partnership, )
       ) **DECLARATION OF ADAM A. WELLAND**
13    Plaintiff, ) **IN SUPPORT OF PLAINTIFF GEORGIA-**
       ) **PACIFIC CONSUMER PRODUCTS LP'S**
14   v. ) **SUPPLEMENTAL BRIEF IN SUPPORT**
       ) **OF MOTION FOR PRELIMINARY**
15 LEE'S GENERAL TOYS, INC., a California ) **INJUNCTION**
  corporation, JOHN LEE, an individual; and )
16 DOES 1-100, )
     Defendants. )
17       )
       )
18       )
  _____)
19

20

21

22

23

24

25

26

27

28

1    I, Adam A. Welland, hereby declare as follows:

2    1.    I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific

3    Consumer Products LP ("Georgia-Pacific").    I am licensed to practice law in the State of

4    California and admitted before this Court.    I submit this declaration in support of Plaintiff

5    Georgia-Pacific's Supplemental Brief in support of its Motion for a Preliminary Injunction, filed

6    concurrently herewith.

7    2.    The facts set forth herein are within my personal knowledge, to which I could and

8    would testify competently if called upon to do so.

9    **Defendants' Pending Application for the "Angelito" Mark**

10    3.    I searched the website of the United States Patent & Trademark Office

11    (www.uspto.gov) for the "Angelito" mark using the Trademark Electronic Search System.    A

12    true and correct copy of a print out evidencing Defendants' application for this mark is attached

13    as Exhibit A.

14    4.    Exhibit A illustrates that Defendants intend to use the mark for "bathroom tissue

15    and toilet tissue.

16    5.    Also using the website for the Patent & Trademark Office, I obtained documents

17    from the prosecution history of Defendants' application for the "Angelito" mark.    Attached as

18    Exhibit B is a true and correct copy of a print out of an Amendment to Allege Use filed by

19    Defendants in support of their application for the "Angelito" mark.

20    6.    Exhibit B illustrates that as of September 2007, the date of the Amendment, the

21    Defendants are "using the mark in commerce on or in connection with [bathroom tissue and

22    toilet tissue]."

23    **Defendants' Sources for "Angelite" Bathroom Tissue**

24    7.    On January 25, 2008, I received a letter from Mr. Ron Martinetti, counsel for

25    Defendants.    A true and correct copy of this letter is attached as Exhibit C.

26    8.    Exhibit C illustrates that Defendants have identified their sources of "Angelite"

27    bathroom tissue to include RunHui Paper Co., Ltd. and Shantou Kid Toys Co., Ltd.

28

**Trademark Attorney for Defendants' California Registration**

9.    A true and correct copy of the Defendants' California Registration for the "Angelite 500" mark is attached as Exhibit D.

10.    Exhibit D lists the responsible attorney as David W. Lee from the Law Offices of David W. Lee.  Exhibit D also illustrates that attorney Lee is associated with the law firm of David & Raymond.

11.    I searched for information relating to David W. Lee and David & Raymond on the internet.  Attached as Exhibit E is a true and correct copy of a print out from the website for David & Raymond which describes the Law Offices of David W. Lee.  According to the description, attorney Lee has been "actively engaged in the field of Intellectual Property and its derivatives since 1993."  The description also indicates that attorney Lee provides trademark registration services.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 15 day of February 2008.

_____
Adam A. Welland

**EXHIBIT A**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Feb 14 05:35:19 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST |

| | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [ ] OR **Jump** to record: [ ] **Record 16 out of 24**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANGELITO

| | |
|---|---|
| **Word Mark** | **ANGELITO** |
| **Translations** | The foreign wording in the mark translates into English as Little Angel. |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Bathroom tissue and toilet tissue. FIRST USE: 20060000. FIRST USE IN COMMERCE: 20060000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77109596 |
| **Filing Date** | February 16, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 11, 2007 |
| **Owner** | (APPLICANT) Lee's General Toys, Inc. CORPORATION CALIFORNIA 3389 E. 59th Street Vernon CALIFORNIA 90058 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |

| | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**EXHIBIT B**

PTO Form 1553 (Rev 5/2006)
OMB No. 0651-0054 (Exp. 11/30/2008)

## Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:

**MARK:** ANGELITO
**SERIAL NUMBER:** 77109596

The applicant, Lee's General Toys, Inc., having an address of 3389 E. 59th Street, Vernon, California United States 90058, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 016:
Current identification: Bathroom tissue; Disposable napkins; Hand towels of paper; Napkin paper; Paper hand-towels; Paper handtowels; Paper napkins; Table napkins of paper; Toilet tissue

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance, except the following: disposable napkins; hand towels of paper; napkin paper; paper hand-towels; paper handtowels; paper napkins; table napkins of paper.

The following is proposed as the complete final identification once the specific good(s) or service(s) identified above is deleted: Bathroom tissue and toilet tissue. The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 00/00/2006, and first used in commerce at least as early as 00/00/2006, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a photograph of the mark being used on the containers for the goods.
Specimen File1

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to

execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /johnlee/     Date Signed: 09/09/2007
Signatory's Name: John Lee
Signatory's Position: President

RAM Sale Number: 4435
RAM Accounting Date: 09/10/2007

Serial Number: 77109596
Internet Transmission Date: Sun Sep 09 20:22:35 EDT 2007
TEAS Stamp: USPTO/AAU-71.104.0.233-20070909202235542
980-77109596-400b344d8c3256914b03650c4d2
18b14a3-CC-4435-20070909200849482131


Go Back

---

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*



**EXHIBIT C**

LAW OFFICES

KAZANJIAN & MARTINETTI

520 EAST WILSON AVENUE

SUITE 250

GLENDALE, CALIFORNIA 91206

PHILLIP C. KAZANJIAN
RONALD MARTINETTI
WENDY L. COFFELT

TELEPHONE
(818) 241-1011

FAX
(818) 241-2193

January 25, 2008

Mr. Adam Welland
Latham & Watkins
12636 High Bluff Drive, Suite 400
San Diego, California 91230-2071 VIA FAX AND US MAIL

Re: Georgia-Pacific Consumer Products v. Lee's Gen. Toys

Dear Adam:

Thank you for your letter of January 22. Please note that I am providing the following information as part of our respective settlement efforts and hope that it will assist the parties to move closer to a resolution.

The manufacturer is RunHui Paper Co., Ltd., 40 Hubin North Road, Zhong Shan, China (Tel. 011-76-08780488); the agent in China is Shantou Kid Toys Co., Ltd., Room 203, 5nd Building, Jinguan Yuan, Wenguan Road Chenghai Dist. Shantou City, Guang- dong, China (Tel. 011-86-7545853523). Some of my clients sales are walk-ins. Most of the items, however, are sold through five distributors or retail outlets: 1) Kensco, 2602 37th Street, Vernon, Cal. 90053, 2) Double Bargain, Inc., 3033 Bandini Blvd., Vernon, Cal. 90023; 3) TCI Supply Co., 121 E. 18th Street, No. 3, Los Angeles, Cal. 90013; 4) Jorge Acevas Contreras, 2170 Coronado Avenue, San Diego, Cal. 92154; 5) TBA Mexican Trade Grocery, 1045 Bay Blvd., No. A, Chula Vista, Cal. 91900.

My understanding is that 6 containers were imported. The total inventory was valued at $39,955. Of the 6 containers, 59,520 rolls remained--and the Angelite wrapping has been removed. The 233,280 rolls that were sold were sold at approximately 19 cents a roll; the mark-up was about 3 cents per roll. When the overhead is factored in, there was no real profit.

Mr. Lee has stated in his declaration that he has no intention of selling any Angelite tissue as long as this case is pending; as I have pointed out, we have taken this position as a gesture of good faith and not as an admission of liability.

Yours sincerely,

Ronald Martinetti

EXHIBIT 2

**EXHIBIT D**



# State of California
## Secretary of State

### REGISTRATION OF TRADEMARK OR SERVICE MARK

Pursuant to Business and Professions Code Section 14230

NOTICE: READ ACCOMPANYING INSTRUCTIONS BEFORE COMPLETING THIS FORM

| REGISTRATION APPLICATION FOR: | ☑ TRADEMARK | ☐ SERVICE MARK |
|---|---|---|

**1. APPLICANT NAME**
Lee's General Toys, Inc.

| 2. STREET ADDRESS (PROVIDE CALIFORNIA BUSINESS ADDRESS IF SERVICE MARK) | 3. CITY AND STATE | 4. ZIP CODE |
|---|---|---|
| 3389 E. 50th Street | Vernon, California | 90058 |

**5. BUSINESS STRUCTURE (CHECK ONE)**

☐ LIMITED PARTNERSHIP        ☐ SOLE PROPRIETOR

☐ LIMITED LIABILITY COMPANY      ☐ HUSBAND AND WIFE, AS COMMUNITY PROPERTY

☐ GENERAL PARTNERSHIP         ☐ OTHER (DESCRIBE) _____

☑ CORPORATION (STATE OF INCORPORATION)  California

| 6. NAMES OF THE GENERAL PARTNERS, IF APPLICANT IS A PARTNERSHIP | 7. NAMES OF MEMBER(S) OR MANAGER(S), IF APPLICANT IS A LIMITED LIABILITY COMPANY |
|---|---|

**8. NAME AND/OR DESIGN OF MARK. (FOR DESIGN PROVIDE A BRIEF WRITTEN DESCRIPTION THAT CAN BE PICTURED IN THE MIND WITHOUT REFERENCE TO THE SPECIMEN. DO NOT DRAW THE DESIGN ON APPLICATION)**

Angel Lite 500 and design, wherein the mark comprises the words "Angel Lite" and a star design disposed in the middle of an oval and the digits "500" disposed beneath th words "Angel Lite" inside the oval.

DISCLAIMER (IF APPLICABLE) NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM:

| 9. DATE THE MARK WAS FIRST USED IN CALIFORNIA | DATE THE MARK WAS FIRST USED ANYWHERE |
|---|---|
| 01/31/2002 | 01/31/2002 |

**10. IF A TRADEMARK, LIST SPECIFIC GOODS. IF A SERVICE MARK, LIST SPECIFIC SERVICE.**

Toilet Paper, bathroom tissue, tissue paper.

THIS SPACE FOR FILING OFFICER USE

TRADE/SERVICE MARK

REG. NO. 1 9437

CLASS NO. Int. 16

CLASS NUMBER  16  (ONE CLASSIFICATION NUMBER ONLY)

**11. RETURN ACKNOWLEDGMENT TO: (TYPE OR PRINT)**

NAME    David W. Lee; Law Offices of David W. Lee
ADDRESS  108 N .Ynez Ave., Suite 128
CITY     MOnterey Park,
STATE    CALIFORNIA
ZIP CODE  91754

**FILED**
In the office of the Secretary of State
of the State of California

AUG 2 5 2003

_Kevin Shelley_
KEVIN SHELLEY, SECRETARY OF STATE

SEC/STATE LP/TM 101 (REV. 2/97)

FILING FEE: $70.00

(OVER)

**12. MANNER OF MARK USE.**

CHECK ALL THAT APPLY

**FOR TRADEMARKS ONLY**

- [ ] ON LABELS AND TAGS AFFIXED TO THE GOODS.
- [x] ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE GOODS.
- [ ] BY PRINTING IT DIRECTLY ONTO THE GOODS.
- [ ] BY PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE GOODS.
- [ ] OTHER _____

**FOR SERVICE MARKS ONLY**

- [ ] ON BUSINESS SIGNS.
- [ ] ON ADVERTISING BROCHURES.
- [ ] ON ADVERTISING LEAFLETS.
- [ ] ON BUSINESS CARDS.
- [ ] ON LETTERHEADS.
- [ ] ON MENUS.
- [ ] OTHER _____

**13. SPECIMENS**

CHECK ONE BOX BELOW. ENCLOSE THREE (3) IDENTICAL ORIGINAL SPECIMENS.

**FOR TRADEMARKS ONLY**

- [ ] ACTUAL LABELS.
- [ ] ACTUAL TAGS.
- [ ] PHOTOGRAPHS OF THE GOODS/CONTAINERS SHOWING THE TRADEMARK.
- [ ] FRONT PANELS OF A PAPER CONTAINER BEARING THE TRADEMARK.
- [x] OTHER  _Actual wrapper for wrapping goods._

**FOR SERVICE MARKS ONLY**

- [ ] BUSINESS CARDS.
- [ ] ADVERTISING BROCHURES.
- [ ] ADVERTISING LEAFLETS.
- [ ] MENUS SHOWING THE MARK.
- [ ] OTHER _____

**14. DECLARATION OF OWNERSHIP**

APPLICANT HEREWITH DECLARES THAT HE/SHE HAS READ THE ABOVE AND FOREGOING APPLICATION AND KNOWS THE CONTENTS THEREOF AND THAT THE FACTS SET OUT HEREIN ARE TRUE AND CORRECT AND THAT THE THREE SPECIMENS OF THE MARK SUBMITTED ARE TRUE AND CORRECT, AND TO HIS/HER BEST KNOWLEDGE AND BELIEF NO OTHER PERSON, FIRM, CORPORATION, UNION OR ASSOCIATION HAS THE RIGHT TO USE SAID MARK IN THIS STATE, EITHER IN IDENTICAL FORM OR IN SUCH NEAR RESEMBLANCE THERETO AS MIGHT BE CALCULATED TO DECEIVE OR CONFUSE.

| NAME OF CORPORATION/PARTNERSHIP/LIMITED LIABILITY COMPANY (IF APPLICABLE) | |
|---|---|
| Lee's General Toys, Inc. | **109437** |

| SIGNATURE OF APPLICANT | IF PARTNER, MANAGER OR CORPORATE OFFICER, INCLUDE TITLE |
|---|---|
| _John Lee_ | President |
| TYPE OR PRINT NAME OF APPLICANT | DATE |
| John Lee | 6/29/03 |

TYPE OR PRINT THE NAME AND ADDRESS OF THE PERSON OR FIRM TO RECEIVE THE ACKNOWLEDGEMENT OF THE FILING. SEND THE SIGNED APPLICATION WITH ORIGINAL SIGNATURE, TO THE SECRETARY OF STATE, TRADEMARK UNIT, P.O. BOX 944225, SACRAMENTO, CA 94244-2250 WITH THE $70.00 FILING FEE.

## In The Secretary of State of the State of California

Applicants:    Lee's General Toys, Inc.
Mark:    ANGEL LITE 500

Date:    August 20, 2003

### Re-Submission of California State Trademark Application

Trademark Unit, Business Filings Section,
1500 11th Street, 3rd Floor, Sacramento, CA 95814.

Sir:

In response to your letter dated August 11, 2003 regarding to the quality of the specimens previously submitted, the applicant hereby respectfully submits the following:

1.    A cheque of US$70.00 for the application fee.
2.    A copy of the letter from the Secretary of State, dated 08/11/2003.
3.    Registration form: 2 pages, date signed: 06/29/2003
4.    A Power of Attorney, date signed: 06/29/2003.
5.    3 actual wrappers bearing the mark for wrapping the goods.

Please accept these documents and payments and continue the prosecution of the application. Thank you for your assistance.

Respectfully submitted,

David W. Lee

Law Office of David W. Lee
Reg. Nr.: 37,490
108 N. Ynez Ave., #128,
Monterey Park, CA 91754
Tel.: (626) 571-9812
Fax. (626) 571-9813

## Certification of Mailing

I certify that this correspondence will be deposited with the United States Postal Service as first class mail with proper postage affixed in an envelope addressed to: "**Trademark Unit, Business Filings Section, 1500 11th Street, 3rd Floor, Sacramento, CA 95814.**" on the date below.

Date:  08/20/03                     Signature:  _____
                                    Person Signing: Andy MINH

109437

05/25/2003  21:17    5719813              DAVID AND RAYMOND              PAGE  05/05

Docket No.: CAT1116A-LGT

## POWER OF ATTORNEY
### (TRADEMARK)

Mark:   ANGEL LITE 500

Class:   16

Power of Attorney:
I hereby appoint the following attorney(s) to prosecute this application for registration of Trademark and to transact all business with the Secretary of States connected therewith:

**David W. Lee, Reg. No.: 37,490**

Please send correspondence to:

DAVID & RAYMOND
108 N. Ynez Ave., Suite 128,
Monterey Park, CA 91754

Please direct telephone calls to:

David W. Lee
(626) 571-9812

Designation of Domestic Representative:
David W. Lee whose postal address is 108 N. Ynez Ave., Suite 128, Monterey Park, CA 91754, is hereby designated as applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

NAME OF APPLICANT: Lee's General Toys, Inc.

ADDRESS: 3389 E 50ᵗʰ Street, Vernon, CA 90058.

_____                    ___6/29/03___
/SIGNATURE/                                        DATE

John Lee, President
PRINTED NAME AND TITLE

**109437**



109437

**EXHIBIT E**



| ABOUT US | SERVICES | EXTRANET | PROFESSIONAL | CONTACT US | --Please |

Law C





**Law offices of David Woon Lee** is a law firm actively engaged in the field of Intellectual Property and its derivatives since 1993.

Whether it is registering a trademark or copyright, enforcing your patent or other intellectual property rights, we offer our services in protection and enforcement by means of appropriate legal proceedings against infringers of such rights.

At all time we collaborate closely with various governmental authorities including the United States Patent and Trademark Office ("USTPO") to reach effective solutions to all of your Intellectual Property issues and problems. We also offer full spectrum of services to individuals and corporate clients in their Intellectual Property litigations all along the Pacific Rim. Our pledge is to provide you commitment and diligent legal services.

↘ **David and Raymond International Patent Group includes:**

- David & Raymond Patent Firm
- David & Raymond Consulting, LLC
- Law Offices of David W. Lee
- Law Offices of A. Justin Lum
- Patent Firm of Raymond Y. Chan
- David & Raymond Patent Firm, Shanghai Representative Office
- David & Raymond (Shenzhen) Intellectual Property Agency Co., Ltd.
- David & Raymond (Foshan) Intellectual Property Services Co., Ltd.
- David & Raymond (Taipei) Intellectual Property Consulting Corporation
- David & Raymond (Taiwan) Patent & Trademark Ltd.
- LTT Net Solutions, LLC

Copyright © 2001-2008 Law Offices of David W.Lee. All Rights Reserved