1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 GEORGIA-PACIFIC CONSUMER          )  Civil Action No. 07-CV-02391 JAH (POR)
   PRODUCTS LP, a Delaware limited   )
12 partnership,                      )  **SUPPLEMENTAL DECLARATION OF**
                                     )  **ANDREW TOWLE IN SUPPORT OF**
13              Plaintiff,           )  **SUPPLEMENTAL BRIEF IN SUPPORT**
                                     )  **OF MOTION FOR PRELIMINARY**
14       v.                          )  **INJUNCTION**
                                     )
15 LEE'S GENERAL TOYS, INC., a California )
   corporation, JOHN LEE, an individual; and )
16 DOES 1-100,                       )
                                     )
17              Defendants.          )
                                     )
18                                   )
                                     )
19 _____ )

20

21

22

23

24

25

26

27

28

1   I, Andrew Towle, hereby declare as follows:

2   1.   I am the Vice-President and General Manager of the Retail Tissue Business for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I have personal knowledge of the matters set forth below and could and would testify competently thereto if necessary.

2.   We sell our **ANGEL SOFT®** bathroom tissue to all of our retail customers as part of a sustained, everyday offering for our retailers to provide to their shoppers. Nevertheless, periodically and as part of our normal course of business, we make packaging and other changes to our **ANGEL SOFT®** bathroom tissue. For example, we may change the wrapping on our product, the roll count for our product, or the designs or patterns shown on our product or product packaging especially if we have offered a holiday themed or other special design on our product.

3.   When such changes occur, we sell our **ANGEL SOFT®** bathroom tissue to retail stores in the "discount" channel. In California, we frequently sell our **ANGEL SOFT®** bathroom tissue to discount stores such as Big Lots, Family Dollar, Dollar General, Fred's, $0.99 Stores, Canned Foods, and McFrugles.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this _15_ day of February 2008.

_____
Andrew Towle