1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 GEORGIA-PACIFIC CONSUMER          )   Civil Action No. 07-CV-02391 JAH (POR)
   PRODUCTS LP, a Delaware limited   )
12 partnership,                      )   **DECLARATION OF ANDREW TOWLE**
                                     )   **IN SUPPORT OF PLAINTIFF GEORGIA-**
13              Plaintiff,           )   **PACIFIC CONSUMER PRODUCTS LP'S**
                                     )   **REPLY TO DEFENDANTS' OPPOSITION**
14         v.                        )   **TO SUPPLEMENTAL BRIEF IN**
                                     )   **SUPPORT OF MOTION FOR**
15 LEE'S GENERAL TOYS, INC., a California )  **PRELIMINARY INJUNCTION**
   corporation, JOHN LEE, an individual; and )
16 DOES 1-100,                       )
                                     )
17              Defendants.          )
                                     )
18                                   )
                                     )
19 ——————————————————————           )

20

21

22

23

24

25

26

27

28

1    I, Andrew Towle, hereby declare as follows:

2    1.    I am the Vice-President and General Manager of the Retail Tissue Business for

3    Georgia-Pacific Consumer Products LP ("Georgia-Pacific").  I have personal knowledge of the

4    matters set forth below and could and would testify competently thereto if necessary.

5

6    **Georgia-Pacific's Marketing and Advertising Efforts Directed Toward Spanish-speaking**

7    **Consumers**

8    2.    As I alluded to in my previous declaration, filed in support of Georgia-Pacific's

9    *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re

10   Preliminary Injunction, dated December 20, 2007, Georgia-Pacific purposefully and specifically

11   directs substantial advertising for its **ANGEL SOFT®** brand bathroom tissue toward the

12   Spanish-speaking market in the United States.

13   3.    In particular, in 2007 Georgia-Pacific spent approximately $3 million in

14   advertising focused on the Spanish-speaking market in the United States and we will spend

15   another $3.1 million in advertising focused on the Spanish-speaking market in the United States

16   this year in 2008.

17   4.    Georgia-Pacific employs an advertising agency, La Agencia de Orci, to assist

18   with our advertising in the Spanish-speaking market.

19

20   **Georgia-Pacific's Spanish Television Commericals**

21   5.    In conjunction with La Agencia de Orci, we have developed and aired television

22   commercials in Spanish.  We pay for these commercials to air nationwide on the top Spanish-

23   speaking television channels including Azteca America, Telefutura, Telemundo, Univision, and

24   Galavision.

25   6.    In the past, we have aired Spanish television commercials entitled

26   "Sander/Sneeze" and "Nail/Buffer."

27   7.    I am informed that a DVD containing videos of these commercials is attached as

28   Exhibit 1 to Georgia-Pacific's Notice of Lodgment, filed concurrently.  I am also informed that

1    screen shots from these two television commercials are attached as Exhibits 4 and 5 to the

2    Declaration of Adam Welland, filed concurrently.

3         8.    Currently, we are airing two new television commercials in Spanish which will

4    run for the duration of this year and until December 2008, also on the top Spanish-speaking

5    television channels including Azteca America, Telefutura, Telemundo, Univision, and

6    Galavision.  These commercials are entitled "Getting Ready" and "Shower."

7         9.    I am informed that a DVD containing videos of these commercials is attached as

8    Exhibit 1 to Georgia-Pacific's Notice of Lodgment, filed concurrently.  I am also informed that

9    screen shots from these two television commercials are attached as Exhibits 6 and 7 to the

10   Declaration of Adam Welland, filed concurrently.

11        10.   **ANGEL SOFT**® bathroom tissue is one of only two national brands of bathroom

12   tissue that airs television advertising in Spanish on these Spanish-speaking television channels in

13   the United States.

14

### Georgia-Pacific's Spanish Radio Commercials

16        11.    In conjunction with La Agencia de Orci, we have also developed and aired radio

17   commercials in Spanish.  We paid for these radio commercials to air in the past in Spanish-

18   speaking markets.

19        12.    These commercials are entitled "Ursula" and "Yoga Food City Tamales."

20        13.    I am informed that a DVD containing audio for these commercials is attached as

21   Exhibit 1 to Georgia-Pacific's Notice of Lodgment, filed concurrently.

22

### Georgia-Pacific's Spanish On-line Advertising

24        14.    We have also developed and implemented on-line advertising and promotional

25   campaigns directed specifically toward the Spanish-speaking market.

26        15.    Attached as Exhibit A is a true and correct copy of a print out of an exemplary on-

27   line advertisement.

28   //

**Georgia-Pacific's Customer Specific Marketing Programs**

16.     We have also previously offered Customer Specific Marketing programs directly to customers of our **ANGEL SOFT**® bathroom tissue in the Spanish-speaking market. One example of a customer specific marketing event to promote our products is the **ANGEL SOFT**® slide that we would send to fairs, carnivals, and other public gatherings in the Spanish-speaking market.

**Successful Results of Advertising Directed Toward Spanish-speaking Consumers**

17.     As a result of our advertising to the Spanish-speaking market, **ANGEL SOFT**® brand bathroom tissue has experienced the highest growth rate with Spanish-speaking consumers among branded bathroom tissue.

18.     We estimate that there are approximately 10 million Spanish-speaking consumers of **ANGEL SOFT**® bathroom tissue found all across the U.S. California is home to the largest percentage of Spanish-speaking **ANGEL SOFT**® bathroom tissue consumers.

19.     In view of the success of our advertising and marketing efforts in the Spanish-speaking market, our future advertising plans and spending will continue to include dollars devoted specifically to targeting the Spanish-speaking market.

//
//
//
//
//
//
//
//
//
//

1   I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct and that this declaration was executed by me on this 4th day of March

3   2008.

                                      3-4-08

                           Andrew Towle

# EXHIBIT A



# 2006 Online Creative (Added Value)

**This one is too soft.**

**This one isn't soft.**

**Angel Soft.**
**The paper with the ideal balance.**
**Obtain coupon here.**