```
 1  LATHAM & WATKINS LLP
    Stephen P. Swinton (Bar No. 106398)
 2  steve.swinton@lw.com
    Adam A. Welland (Bar No. 228680)
 3  adam.welland@lw.com
    12636 High Bluff Drive, Suite 400
 4  San Diego, California 92130-2071
    Telephone: (858) 523-5400
 5  Facsimile:  (858) 523-5450

 6  Attorneys for Plaintiff,
    GEORGIA-PACIFIC CONSUMER PRODUCTS LP
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100, <br><br> Defendants. | Civil Action No. 07-CV-02391 JAH (POR) <br><br> **DECLARATION OF ROBERT SANTIAGO IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Robert Santiago, hereby declare as follows:

1.  I am the Director of Client Services for La Agencia de Orci, an advertising agency specializing in marketing campaigns directed to the Spanish-language community. In this capacity, I have consulted with Georgia-Pacific Consumer Products LP ("Georgia-Pacific") with regard to a wide-range of marketing efforts, all of which are specifically-targeted to Spanish-speaking consumers. I have personal knowledge of the matters set forth below and could and would testify competently thereto if necessary.

2.  Georgia-Pacific employs La Agencia de Orci to assist with advertising in the Spanish-speaking market. We have worked closely with Georgia-Pacific to develop and air television and radio commercials promoting Georgia-Pacific's ANGEL SOFT® bathroom tissue products in Spanish.

3.  Attached to the Notice of Lodgment filed by Georgia-Pacific concurrently with this declaration as Exhibit 1, are true and correct recordings I directed to be reproduced in DVD format of two of these television commercials, entitled "Getting Ready", "Shower", "Sander/Sneeze" and "Nail/Buffer," as well as two recordings of radio commercials which also promote Georgia-Pacific's ANGEL SOFT® products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 4th day of March 2008.

_Robert Santiago_