```
 1  LATHAM & WATKINS LLP
    Stephen P. Swinton (Bar No. 106398)
 2  steve.swinton@lw.com
    Adam A. Welland (Bar No. 228680)
 3  adam.welland@lw.com
    12636 High Bluff Drive, Suite 400
 4  San Diego, California 92130-2071
    Telephone: (858) 523-5400
 5  Facsimile: (858) 523-5450

 6  Attorneys for Plaintiff,
    GEORGIA-PACIFIC CONSUMER PRODUCTS LP
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,<br><br>    Defendants. | Civil Action No. 07-CV-02391 JAH (POR)<br><br>**DECLARATION OF GEORGE HALCON IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, George Halcon, hereby declare as follows:

1. I am an unlicensed private investigator working as an independent sub-contractor with The Baker Street Group, Inc., a team of private investigators located in San Diego, California. Prior to my work as a private investigator, I was employed by the federal government for over thirty years, principally with the United States Customs Service. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

2. I speak fluent Spanish. I am a resident of the Imperial Valley, where I have lived for more than fifty-five years. I am very familiar with the many Latino and Spanish-speaking communities of the Imperial Valley, including El Centro and Calexico.

3. On March 4, 2008, I visited the following stores in the Imperial Valley:

El Centro Rancho Market
1525 West Main Street
El Centro, CA

Food 4 Less
2420 North Cottonwood Drive
El Centro, CA

Garcia Food Market
1111 South 4th Street, #3
El Centro, CA

Sol Market
1586 South 4th Street
El Centro, CA

Kennedy Meat Market
70 Main Street
Heber, CA

California Super Market
127 East Second Street
Calexico, CA

Sol Market
100 West Birch
Calexico, CA

Food 4 Less
109 W. Birch Street
Calexico, CA

/ / /

/ / /

1      4.    I observed **ANGEL SOFT®** bathroom tissue products for sale in each and every
2  one of these stores.
3      5.    All of the stores I visited are located in predominantly Latino areas, which are
4  home to a substantial population of native Spanish-speakers. Reflecting their consumer base, all
5  of the stores I visited posted Spanish-language advertising in their storefront windows.
6      6.    Almost all of the employees with whom I interacted in these stores speak Spanish
7  only, and at some of these stores, no English is spoken at all.
8      I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct and that this declaration was executed by me on this 5th day of March 2008.

                                              _George Halcon_

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28