1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GEORGIA-PACIFIC CONSUMER        ) Civil Action No. 07-CV-02391 JAH (POR)
   | PRODUCTS LP, a Delaware limited )
12 | partnership,                    ) **DECLARATION OF RANDAL J. PISSOT**
   |                                 ) **IN SUPPORT OF PLAINTIFF GEORGIA-**
13 |            Plaintiff,           ) **PACIFIC CONSUMER PRODUCTS LP'S**
   |                                 ) **REPLY TO DEFENDANTS' OPPOSITION**
14 |      v.                         ) **TO SUPPLEMENTAL BRIEF IN**
   |                                 ) **SUPPORT OF MOTION FOR**
15 | LEE'S GENERAL TOYS, INC., a California ) **PRELIMINARY INJUNCTION**
   | corporation, JOHN LEE, an individual; and )
16 | DOES 1-100,                     )
   |                                 )
17 |            Defendants.          )
   |                                 )
18 |                                 )
   |                                 )
19

20

21

22

23

24

25

26

27

28

1  I, Special IRS Agent, retired, Randal J. Pissot, hereby declare as follows:

2  1. I am an employee of The Baker Street Group, Inc., a team of private investigators located in San Diego, California. I am licensed by the State of California as a Private Investigator through The Baker Street Group. I have been retained to investigate sales and distribution of "Angelite" bathroom tissue products. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

2. On March 4, 2008, in connection with my investigation of "Angelite" products, I visited a small store called Latino's Market, located at 525 West Grand Avenue, Escondido, California. This area of Escondido is principally Latino in ethnic composition, and is home to a high proportion of native Spanish-speaking individuals.

3. Latino's Market is a small store with few employees. As I entered the store a male employee was speaking Spanish to a customer. I observed a several packages of **ANGEL SOFT®** brand bathroom tissue products in the store. It appeared to me that Latino's Market carried **ANGEL SOFT®** bathroom tissue in equal amounts as other competing brands.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 5th day of March 2008.

_____
Randal J. Pissot

@003   BAKER STREET GROUP