LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California  92130-2071
Telephone:  (858) 523-5400
Facsimile:  (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,<br><br>          Defendants. | CIVIL ACTION NO. 07-CV-02391 JAH POR<br><br>**DECLARATION OF ADAM A. WELLAND IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC'S CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

1    I, Adam A. Welland, hereby declare as follows:

2    1.    I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific

3    Consumer Products LP ("Georgia-Pacific"). I am licensed to practice law in the State of

4    California and admitted before this Court.

5    2.    The facts set forth herein are within my personal knowledge, to which I could and

6    would testify competently if called upon to do so.

7    3.    Attached as Exhibit 1 is a true and correct copy of Lee's General Toys, Inc.'s

8    California registration for the "Angelite 500" mark. In Box #9, labeled "Date the mark was first

9    used in California," the registrant inserted "01/31/2002."

10    4.    Attached as Exhibit 2 is a true and correct copy of Lee's General Toys, Inc.'s

11    federal application for the "Angelite 500" mark (subsequently abandoned). On the first page, in

12    the box labeled "First use in commerce (if applicable)," the applicant inserted "01/31/2002."

13    This information is repeated on the second page. The third page contains the signature of John

14    Lee attesting to the accuracy of the statements.

15    5.    Attached as Exhibit 3 is a true and correct copy of Defendants' Supplemental

16    Declaration of Ron Martinetti Opposing Plaintiff's *Ex Parte* Application for Expedited

17    Discovery (Dkt. #27). Paragraph 3 states, "the first Angelite tissues were shipped from China in

18    2003 (in one container)."

19    6.    Attached as Exhibit 4 is a true and correct copy of a compilation of screen shots I

20    captured from a video of Georgia-Pacific's "Nail/Buffer" television commercial for **ANGEL**

21    **SOFT®** bathroom tissue, referenced in the Declaration of Andrew Towle ("Towle Decl."),

22    ¶¶ 5-6, filed concurrently.

23    7.    Attached as Exhibit 5 is a true and correct copy of a compilation of screen shots I

24    captured from a video of Georgia-Pacific's "Sander/Sneeze" television commercial for **ANGEL**

25    **SOFT®** bathroom tissue, referenced in the Declaration of Andrew Towle ("Towle Decl."), ¶¶ 5-

26    6, filed concurrently.

27    8.    Attached as Exhibit 6 is a true and correct copy of a compilation of screen shots

28    captured from a video of Georgia-Pacific's "Shower" television commercial for **ANGEL**

1    **SOFT**® bathroom tissue, referenced in the Declaration of Andrew Towle ("Towle Decl."),

2    ¶¶ 5,8, filed concurrently.

3        9.      Attached as Exhibit 7 is a true and correct copy of a compilation of screen shots

4    captured from a video of Georgia-Pacific's "Getting Ready" television commercial for **ANGEL**

5    **SOFT**® bathroom tissue, referenced in the Declaration of Andrew Towle ("Towle Decl."),

6    ¶¶ 5,8, filed concurrently.

7        10.      A DVD containing videos of the television commercials depicted in Exhibits 4-7

8    is attached to Georgia-Pacific's Notice of Lodgment, filed and served concurrently herewith.

9    Attached as Exhibit 8 is a true and correct copy of the front of this DVD.

10       11.      Georgia-Pacific's ordinary packaging for its **ANGEL SOFT**® bathroom tissue

11    contains text in both English and Spanish.  Attached as Exhibit 9 are true and correct copies of

12    photographs of this packaging.

13       I declare under penalty of perjury under the laws of the United States that the foregoing is

14    true and correct and that this declaration was executed by me on this 7th day of March 2008.

15

16                                 Adam A. Welland

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



# State of California
## Secretary of State

### REGISTRATION OF TRADEMARK OR SERVICE MARK

Pursuant to Business and Professions Code Section 14230

**NOTICE: READ ACCOMPANYING INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| REGISTRATION APPLICATION FOR: | ☑ TRADEMARK | ☐ SERVICE MARK |
|---|---|---|

**1. APPLICANT NAME**
Lee's General Toys, Inc.

| 2. STREET ADDRESS (PROVIDE CALIFORNIA BUSINESS ADDRESS IF SERVICE MARK) | 3. CITY AND STATE | 4. ZIP CODE |
|---|---|---|
| 3389 E. 50th Street | Vernon, California | 90058 |

**5. BUSINESS STRUCTURE (CHECK ONE)**

☐ LIMITED PARTNERSHIP           ☐ SOLE PROPRIETOR

☐ LIMITED LIABILITY COMPANY      ☐ HUSBAND AND WIFE, AS COMMUNITY PROPERTY

☐ GENERAL PARTNERSHIP          ☐ OTHER (DESCRIBE) _____

☑ CORPORATION (STATE OF INCORPORATION) _California_

| 6. NAMES OF THE GENERAL PARTNERS, IF APPLICANT IS A PARTNERSHIP | 7. NAMES OF MEMBER(S) OR MANAGER(S), IF APPLICANT IS A LIMITED LIABILITY COMPANY |
|---|---|

**8. NAME AND/OR DESIGN OF MARK. (FOR DESIGN PROVIDE A BRIEF WRITTEN DESCRIPTION THAT CAN BE PICTURED IN THE MIND WITHOUT REFERENCE TO THE SPECIMENS. DO NOT DRAW THE DESIGN ON APPLICATION)**

Angel Lite 500 and design, wherein the mark comprises the words "Angel Lite" and a star design disposed in the middle of an oval and the digits "500" disposed beneath th words "Angel Lite" inside the oval.

*Angel Lite 500*

DISCLAIMER (IF APPLICABLE) NO CLAIM IS MADE TO THE  EXCLUSIVE RIGHT TO USE THE TERM:

| 9. DATE THE MARK WAS FIRST USED IN CALIFORNIA | DATE THE MARK WAS FIRST USED ANYWHERE |
|---|---|
| 01/31/2002 | 01/31/2002 |

**10. IF A TRADEMARK, LIST SPECIFIC GOODS. IF A SERVICE MARK, LIST SPECIFIC SERVICE.**

Toilet Paper, bathroom tissue, tissue paper.

**THIS SPACE FOR FILING OFFICER USE**

TRADE/SERVICE MARK
REG. NO. 1 9437
CLASS NO. Int. 16

CLASS NUMBER ___16.___ (ONE CLASSIFICATION NUMBER ONLY)

**11. RETURN ACKNOWLEDGMENT TO: (TYPE OR PRINT)**

| NAME | David W. Lee; Law Offices of David W. Lee |
|---|---|
| ADDRESS | 108 N .Ynez Ave., Suite 128 |
| CITY | MOnterey Park, |
| STATE | CALIFORNIA |
| ZIP CODE | 91754 |

## FILED
In the office of the Secretary of State
of the State of California

AUG 2 5 2003

*Kevin Shelley*
KEVIN SHELLEY, SECRETARY OF STATE

SEC/STATE LP/TM 101 (REV. 3/00)

FILING FEE: $70.00

(OVER)

12. MANNER OF MARK USE.

CHECK ALL THAT APPLY

**FOR TRADEMARKS ONLY**

- [ ] ON LABELS AND TAGS AFFIXED TO THE GOODS.
- [X] ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE GOODS.
- [ ] BY PRINTING IT DIRECTLY ONTO THE GOODS.
- [ ] BY PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE GOODS.
- [ ] OTHER_____

**FOR SERVICE MARKS ONLY**

- [ ] ON BUSINESS SIGNS.
- [ ] ON ADVERTISING BROCHURES.
- [ ] ON ADVERTISING LEAFLETS.
- [ ] ON BUSINESS CARDS.
- [ ] ON LETTERHEADS.
- [ ] ON MENUS.
- [ ] OTHER_____

13. SPECIMENS

CHECK ONE BOX BELOW. ENCLOSE THREE (3) IDENTICAL ORIGINAL SPECIMENS.

**FOR TRADEMARKS ONLY**

- [ ] ACTUAL LABELS.
- [ ] ACTUAL TAGS.
- [ ] PHOTOGRAPHS OF THE GOODS/CONTAINERS SHOWING THE TRADEMARK.
- [ ] FRONT PANELS OF A PAPER CONTAINER BEARING THE TRADEMARK.
- [X] OTHER  Actual wrapper for wrapping goods.

**FOR SERVICE MARKS ONLY**

- [ ] BUSINESS CARDS.
- [ ] ADVERTISING BROCHURES.
- [ ] ADVERTISING LEAFLETS.
- [ ] MENUS SHOWING THE MARK.
- [ ] OTHER_____

14. DECLARATION OF OWNERSHIP

APPLICANT HEREWITH DECLARES THAT HE/SHE HAS READ THE ABOVE AND FOREGOING APPLICATION AND KNOWS THE CONTENTS THEREOF AND THAT THE FACTS SET OUT HEREIN ARE TRUE AND CORRECT AND THAT THE THREE SPECIMENS OF THE MARK SUBMITTED ARE TRUE AND CORRECT, AND TO HIS/HER BEST KNOWLEDGE AND BELIEF NO OTHER PERSON, FIRM, CORPORATION, UNION OR ASSOCIATION HAS THE RIGHT TO USE SAID MARK IN THIS STATE, EITHER IN IDENTICAL FORM OR IN SUCH NEAR RESEMBLANCE THERETO AS MIGHT BE CALCULATED TO DECEIVE OR CONFUSE.

NAME OF CORPORATION/PARTNERSHIP/LIMITED LIABILITY COMPANY (IF APPLICABLE)

Lee's General Toys, Inc.                                       **109437**

| SIGNATURE OF APPLICANT | IF PARTNER, MANAGER OR CORPORATE OFFICER, INCLUDE TITLE |
|---|---|
| _signature_ | President |
| TYPE OR PRINT NAME OF APPLICANT | DATE |
| John Lee | 6/29/03 |

TYPE OR PRINT THE NAME AND ADDRESS OF THE PERSON OR FIRM TO RECEIVE THE ACKNOWLEDGEMENT OF THE FILING. SEND THE SIGNED APPLICATION WITH 1 ORIGINAL SIGNATURE(X), TO THE SECRETARY OF STATE, TRADEMARK UNIT, P.O. BOX 944225, SACRAMENTO, CA 94244-2250 WITH THE $70.00 FILING FEE.

**In The Secretary of State of the State of California**

Applicants:    Lee's General Toys, Inc.
Mark:    ANGEL LITE 500

Date:  August 20, 2003

**Re-Submission of California State Trademark Application**

Trademark Unit, Business Filings Section,

1500 11th Street, 3rd Floor, Sacramento, CA 95814.

Sir:

In response to your letter dated August 11, 2003 regarding to the quality of the specimens previously submitted, the applicant hereby respectfully submits the following:

1.   A cheque of US$70.00 for the application fee.
2.   A copy of the letter from the Secretary of State, dated 08/11/2003.
3.   Registration form: 2 pages, date signed: 06/29/2003
4.   A Power of Attorney, date signed: 06/29/2003.
5.   3 actual wrappers bearing the mark for wrapping the goods.

Please accept these documents and payments and continue the prosecution of the application. Thank you for your assistance.

Respectfully submitted,

David W. Lee

Law Office of David W. Lee
Reg. Nr.: 37,490
108 N. Ynez Ave., #128,
Monterey Park, CA 91754
Tel.: (626) 571-9812
Fax. (626) 571-9813

## Certification of Mailing

I certify that this correspondence will be deposited with the United States Postal Service as first class mail with proper postage affixed in an envelope addressed to: "**Trademark Unit, Business Filings Section, 1500 11th Street, 3rd Floor, Sacramento, CA 95814.**" on the date below.

Date:  08/20/03

Signature:

Person Signing: Andy MINH

109437

Docket No.: CAT1116A-LGT

## POWER OF ATTORNEY
### (TRADEMARK)

Mark:   ANGEL LITE 500

Class:   16

Power of Attorney:
I hereby appoint the following attorney(s) to prosecute this application for registration of Trademark and to transact all business with the Secretary of States connected therewith:

**David W. Lee, Reg. No.: 37,490**

Please send correspondence to:

    DAVID & RAYMOND
    108 N. Ynez Ave., Suite 128,
    Monterey Park, CA 91754

Please direct telephone calls to:

    David W. Lee
    (626) 571-9812

Designation of Domestic Representative:
David W. Lee whose postal address is 108 N. Ynez Ave., Suite 128, Monterey Park, CA 91754, is hereby designated as applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

NAME OF APPLICANT: Lee's General Toys, Inc.

ADDRESS: 3389 E 50th Street, Vernon, CA 90058.


_____/signature/_____          ___6/29/03___
SIGNATURE/                          DATE

John Lee, President
PRINTED NAME AND TITLE


**109437**



109437

# EXHIBIT 2

08-07-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

# DRAWING

| APPLICANT :  Lee's General Toys, Inc |
|---|
| P.O. ADDRESS :    3389 E. 50th Street, Vernon, CA 90058 |
| FIRST USE(any where) :      01/31/2002 |
| FIRST USE IN COMMERCE (if applicable) :      01/31/2002 |
| GOODS/SERVICES :      Tissue paper, toilet paper and bathroom tissue. |
| PRIORITY FILING DATE (if any) : |

**MARK:**  Angel Lite 500 and design, wherein the mark comprises the words "Angel Lite" and a star design disposed in the middle of an oval and the digits "500" disposed beneath the words "Angel Lite" inside the oval.



| SEND CORRESPONDENCE TO : | DAVID W. LEE |
|---|---|
| | 108 N. Ynez Ave., Suite 128 |
| | Monterey Park, CA 91754 |
| TELEPHONE : | (626) 571-9812 |

NOTE:   THE DRAWING OF THE MARK CANNOT BE LARGER THAN 4 INCHES (10 cm) BY 4 INCHES (10 cm) AND SHOULD BE CENTERED ON THE DRAWING SHEET.



U.S. Patent & TM Ofc/TM

76539283

Attorney's Docket No.: UST1040A-LGT

| U.S. TRADEMARK/SERVICE MARK APPLICATION, PRINCIPAL REGISTER WITH DECLARATION | Mark: **ANGEL LITE 500 and design** |
|---|---|
| | Int. Class No(s). (If known): 16 |

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS:

Applicant's Name:  Lee's General Toys, Inc.

Applicant's Business Address: 3389 E. 50th Street, Vernon, CA 90058

1. **Applicant's entity** is as follows (check on e and supply requested information):
   - ☐  1.1  An individual who is a citizen of (country):
   - ☐  1.2  A partnership domiciled in (state and country):
     The names and citizenship (country) of the general partners are:
   - ☒  1.3  A corporation of (state of country):  **California, USA**
   - ☐  1.4  Other (specify nature of entity and domicile):

2. **Goods / Service:** Applicant requests registration of the trademark/service mark shown in the attached drawing (hereinafter referred to as the "mark") in the U.S. Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq.) for the **following (list goods/service):**  Tissue paper, toilet paper and bathroom tissue.

(☐ See the attached schedule of goods and /or services.)

3. **Basis for application** (check one or more, but not both 3.1 and 3.2, and supply information):
   - ☒  **3.1 Section 1(a)** of the Trademark Act, 15 U.S.C. 1051(a):  Applicant has adopted and is using the mark in commerce in the United States on or in connection with the goods/services.

      (a)  The mark was first used anywhere on a date at least as early as (date)  <u>01/31/2002</u>
         for (list good(s)/service(s) for date of first use):  Tissue paper, toilet paper and bathroom tissue.

      (b)  The mark was first used in (check one) ☒ **interstate commerce** or ☐ **foreign commerce between the U.S. and** (country) _____ on a date at least as early as (date) <u>01/31/2002</u>
         for (list good(s)/service(s) for date of first use in commerce):  Tissue paper, toilet paper and bathroom tissue.

      (c)  There is **one specimen attached** for each class which features the mark as so used in such commerce;

      (d)  The mode or manner of use of the mark on or in connection with the goods/services in such commerce is ("advertising" <u>only</u> for classes 35-42):  The mark is used on the goods or the containers for the goods or on tags/labels affixed to the goods or the containers for the goods.

   - ☐  **3.2 Section 1(b)** of the Trademark Act, 15 U.S.C. 1051b: Applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services.  The mode or manner of intended use of the mark on or in connection with goods/services is ("advertising" <u>only</u> for classes 35-42):

**TRADEMARK/SERVICE MARK APPLICATION,**
**PRINCIPAL REGISTER, WITH DECLARATION**

[ ] 3.3 **Section 44(d)** of the Trademark Act, 15 U.S.C. 1126(d): Applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services, and asserts a claim of priority, based upon the earliest filed foreign application(s):

| Country of Application(s) | Date(s) of Filing | Application Number(s)(if known) |
|---|---|---|
|  |  |  |
|  |  |  |

[ ] 3.4 **Section 44(e)** of the Trademark Act, 15 U.S.C. 1126 (e):  Applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services and submits herewith a certified copy of the following registration(s) in applicant's country of origin:

| Country of Application(s) | Registration Number(s) | Dates of Registration |
|---|---|---|
|  |  |  |
|  |  |  |

4 **Declaration:** The undersigned being hereby warned that williful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that: I am properly authorized to execute this application on behalf of applicant; if paragraph 3.1 above is completed, then I believe applicant to be the owner of the mark sought to be registered, and the mark is in use in commerce; if any of paragraphs 3.2, 3.3 and 3.4 above are completed, then I believe applicant to be entitled to use the mark in commerce, and applicant has a bona fide intention to use the mark in commerce on or in connection with the specified goods/services; if any of paragraphs 3.3 and 3.4 above are completed, then I believe applicant to be the owner of the mark sought to be registered; no other person, firm, corporation or association, to the best of my knowledge and belief has the right to use such mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; all statements made of my own knowledge are true; and all statements made on information and belief are believed to be true.

5 **Power of Attorney:**  Applicant hereby appoints the following attorney(s) as applicant's attorney(s) with full powers of association, substitution, and revocation, to transact all business in the U.S. Patent and Trademark Office associated with the present application, to prosecute the present application, and to receive the certificate of registration.:

**David W. Lee, Reg. No.: 37,490**

Please Send Correspondence to:
    108 N. Ynez Ave.
    Suite 128
    Monterey Park, CA 91754

Please Direct Telephone Calls to:
David W. Lee
(626) 571-9812

Signed this ____3rd____ day of ____July____, 2003.  Respectfully,

Name and Title:  **John Lee, President**

*If the applicant is an individual, then the individual should sign. If the applicant is a partnership, then a partner should sign. If the applicant is a corporation, then an officer (president, vice president, secretary, treasurer or equivalent) should sign.

# EXHIBIT 3

**RONALD MARTINETTI, ESQ.**
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193
E-Mail amlegends@aol.com

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ------------------------------------ | CASE. NO. O7 CV 2391 (JAH POR) |
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, | SUPPLEMENTAL DECL. OF RON MARTINETTI OPPOSING PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY |
| Plaintiff, | |
| vs. | |
| LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-10, | |
| Defendants. | |

LAW OFFICES
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Suite 250
GLENDALE, CALIFORNIA 91206

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPPLEMENTAL DECLARATION OF RON MARTINETTI OPPOSING PLAINTIFF

GEORGIA-PACIFIC'S APPLICATION FOR EXPEDITED DISCOVERY

I, Ron Martinetti, declare:

1. I represent Defendant Lee's General Toys and Defendant John Lee in the present matter.

2. On February 7, 2008 I faxed to Mr. Adam Welland, counsel for Georgia-Pacific thirty-five pages of invoices, bills of lading, custom broker orders, and packing lists that relate to the entire stock of Angelite tissue that Defendant Lee's General Toys imported from China. These items were contained in six container shipments that totaled 292,800 tissues. As my client has informed Defendant and the Court, 59,520 of these tissues remained in the warehouse at the time this action was filed--and the Angelite outer wrappings have now been removed and destroyed.

3. The thirty-five pages reflect that the first Angelite tissues were shipped from China in 2003 (in one container). The remaining items were shipped in 2007 in five other containers. Since my client trademarked the name Angelite in California in 2003, it strongly appears that Plaintiff Georgia-Pacific has slept on its rights (if any) since the company had constructive notice of the Angelite name.

4. However, Defendants have stopped selling any Angelite tissue pending the outcome of this case and have even informed distributors in writing that they will not refill any orders for Angelite tissue. These letters have been filed with the Court in connection with the pending motion for a preliminary injunction.

5. I will continue to cooperate with Plaintiff's counsel. However, I regard its request for expedited discovery as unneces-

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

2

sary and unjustified.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct.

Executed this February 7, 2008 at Glendale, California.

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

3

**PROOF OF SERVICE**

I am employed in Los Angeles County, California; I am over the age of eighteen years and not a party to the within action. My business address is 520 East Wilson Glendale, California 91206.

On this date I served Supplemental Declaration of Ron Martinetti Opposing Plaintiff's Ex Parte Application for Expedited Discovery

by personal delivery  (to the address below)

x
_____ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Glendale, California, addressed to:

Stephen Swinton, Esq.
Latham & Watkins
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel. 858-523-5400
FAX 858-523-5450

and via FAX to counsel for Georgia-Pacific Consumer Prod. (x)

(x)  BY MAIL I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. I am readily familiar with our law firm's practice of collecting and processing correspondence and documents for mailing. They are deposited with the U.S. Postal Service on the same day as dated, in the ordinary course of business.

_____  (State)  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

(x)  (Federal

The papers are also to be filed via e-mail.

I declare under penalty of perjury of the state of California that the foregoing is true and correct.

Executed this February 7, 2008 at Glendale, California 91206

1

**EXHIBIT 4**































