# EXHIBIT 5





































# EXHIBIT 6

















**EXHIBIT 7**















**EXHIBIT 8**



**EXHIBIT 9**





**24 DOUBLE ROLLS**
24 ROLLOS DOBLES
**= 48 REGULAR ROLLS**
ROLLOS REGULARES

Our **THICKEST EVER** for Comfort Where You Want It®



Septic Safe

2-ply

HOJAS
DOBLES

IÉNICO SIN PERFUME

LY SHEETS PER ROLL • 4.27 IN x 4.0 IN (10.8 cm x 10.1 cm)

IAS DOBLES POR ROLLO • 4.27 PULG x 4.0 PULG (10.8 cm x 10.1 cm)

Comfort where you want it.®



made just right

with an
EXTRA LAYER*
to get the job done.

Con el balance ideal de suavidad y resistencia.
Con hojas dobles.

*versus one-ply products
*comparado con los papeles higiénicos de hoja sencilla

The makers of Angel Soft toilet
paper have created the Angel Soft
Angels in Action Awards Program
to honor children age 8 to 18 who
are doing outstanding acts of service
in their communities. Learn more



Con el balance ideal de suavidad y resistencia.
Con hojas dobles.
*versus one-ply products
*comparado con los papeles higiénicos de hoja sencilla
**Angel Soft Regular Roll

For more information on Angel Soft promotions,
visit www.angelsoft.com

The makers of Angel Soft toilet paper have created Angel Soft Angels in Action Awards Program to honor children age 8 to 18 who are doing outstanding acts of service in their communities. Learn more about the Angel Soft Angels in Action Awards Program at the Angel Soft Website.

Angels in Action®

QUESTIONS? COMMENTS? ¿PREGUNTAS Y/O COMENTARIOS?
PLEASE CALL TOLL FREE 1-800-2TELLGP OR 1-800-283-5547
LLAME GRATIS AL 1-800-2TELL-GP (1-800-283-5547)

WARNING/ADVERTENCIA

TO AVOID DANGER OF INJURY OR SUFFOCATION, KEEP THIS PLASTIC PACKAGING AWAY FROM BABIES AND CHILDREN.

PARA EVITAR EL PELIGRO DE LESIONES O ASFIXIA, MANTENGA ESTA ENVOLTURA DE PLÁSTICO FUERA DEL ALCANCE DE BEBÉS Y NIÑOS.

Georgia-Pacific
Consumer Products Division

SAFE FOR STANDARD SEPTIC AND SEWER SYSTEMS.

SEGURO PARA SISTEMAS SÉPTICOS Y CLOACALES CONVENCIONALES.

4 LDPE

76499/01
BW610v01

TM

MADE IN U.S.A. By Georgia-Pacific Corporation Atlanta, Georgia 30303-2529 ©2007 Georgia-Pacific Corp. All Rights Reserved. Angel Soft, Angels in Action, Angels in Action Logo, "Comfort where you want it" and the Butterfly emboss pattern are trademarks of Georgia-Pacific Corp. U.S. Patent No. D440050.

HECHO EN LOS EE.UU. por Georgia-Pacific Corporation Atlanta, Georgia 30303-2529 ©2007 Georgia-Pacific Corp. Todos los derechos reservados. Angel Soft, Angels in Action, "Comfort where you want it" el estampido en relieve son marcas comerciales de Georgia-Pacific Corp. N° de Patente de los EE.UU. D440050.

0  30400 76499  8

PROOF OF PURCHASE
ANGEL SOFT 12 DOUBLE ROLL WHITE

12 DOUBLE = 24

0  30400 76499  8

PROOF OF PURCHASE
ANGEL SOFT 12 DOUBLE ROLL WHITE





# Angel Soft®

*Comfort where you want it.®*

made just right

with an
**EXTRA LAYER***
to get the job done.

Con el balance ideal de suavidad y resistencia. Con hojas dobles.
*versus one-ply products
*comparado con los papeles higiénicos de hoja sencilla

The makers of Angel Soft toilet paper
have created the Angel Soft Angels in
Action Awards Program to honor children
age 8 to 18 who are doing outstanding
acts of service in their communities.
Learn more about the Angel Soft
Angels in Action Awards Program at
**www.angelsoft.com**



*Angels in Action®*

**WARNING/ADVERTENCIA**
TO AVOID DANGER OF INJURY OR SUFFOCATION,
KEEP THIS PLASTIC PACKAGING AWAY FROM
BABIES AND CHILDREN.

PARA EVITAR EL PELIGRO DE LESIONES O ASFIXIA,
MANTENGA ESTA ENVOLTURA DE PLÁSTICO

**QUESTIONS? COMMENTS?**
**¿PREGUNTAS Y/O COMENTARIOS?**
PLEASE CALL TOLL FREE 1-800-2TELLGP
OR 1-800-283-5547
LLAME GRATIS AL 1-800-2TELL-GP