1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California  92130-2071
   Telephone:  (858) 523-5400
5  Facsimile:   (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GEORGIA-PACIFIC CONSUMER         ) Civil Action No. 07-CV-02391 JAH (POR)
   | PRODUCTS LP, a Delaware limited  )
12 | partnership,                     ) **GEORGIA-PACIFIC CONSUMER**
   |                                  ) **PRODUCTS LP'S NOTICE OF**
13 |            Plaintiff,            ) **LODGMENT IN SUPPORT OF REPLY**
   |                                  ) **TO DEFENDANTS' OPPOSITION TO**
14 |       v.                         ) **SUPPLEMENTAL BRIEF IN SUPPORT**
   |                                  ) **OF MOTION FOR PRELIMINARY**
15 | LEE'S GENERAL TOYS, INC., a California ) **INJUNCTION**
   | corporation, JOHN LEE, an individual; and )
16 | DOES 1-100,                      )
   |                                  )
17 |            Defendants.           )
   |                                  )
18 |                                  )
   |                                  )
19

1   Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") hereby lodges the
2   following electronic media in support of Georgia-Pacific's Reply to Defendants' Opposition to
3   Supplemental Brief in Support of Motion for Preliminary Injunction:
4       **EXHIBIT 1:** A full, true and accurate copy of recordings reproduced in DVD format of
5   four Spanish-language television commercials, entitled "Sander/Sneeze," "Nail/Buffer,"
6   "Shower," and "Getting Ready," as well as two recordings of radio commercials which also
7   promote Georgia-Pacific's **ANGEL SOFT**® products to Spanish-speaking consumers.

9   Dated: March 7. 2008                                  Respectfully submitted,
10                                                        LATHAM & WATKINS LLP

12                                              By:   /s/ Stephen P. Swinton
                                                     Attorneys for Plaintiff
13                                                   Georgia-Pacific Consumer Products LP
                                                     E-mail: steve.swinton@lw.com

# EXHIBIT 1

