**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101.

On **March 7, 2008**, I served the following document described as:

**PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ANDREW TOWLE IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ROBERT SANTIAGO IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ZHIJUN XU**

**DECLARATION OF GEORGE HALCON IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF RANDAL J. PISSOT IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ADAM A. WELLAND IN SUPPORT OF PLAINTIFF CONSUMER PRODUCTS LP'S REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**OBJECTIONS TO DECLARATION OF ARMANDO JIMENEZ IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S NOTICE OF LODGMENT IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user

1  constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:
2
3  Ronald Martinetti, Esq.
   Kazanjian & Martinetti
   520 East Wilson Avenue
4  Glendale, CA 91206
   Tel: 818-241-1011
5  Fax: 818-241-2193

6      I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7
8      Executed on March 7, 2008, at San Diego, California.

9
10                                         Tracey White
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | **PROOF OF SERVICE**

2    I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

    On **March 7, 2008**, I served the following document described as:

**GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S NOTICE OF LODGMENT IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

    I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Ronald Martinetti, Esq.
Kazanjian & Martinetti
520 East Wilson Avenue
Glendale, CA 91206
Tel: 818-241-1011
Fax: 818-241-2193

    I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on **March 7, 2008**, at San Diego, California.

_____
Tracey White

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\622879.1

3

Civil Action No. 07-CV-2391 JAH (POR)