```
 1  LATHAM & WATKINS LLP
    Stephen P. Swinton (Bar No. 106398)
 2  steve.swinton@lw.com
    Adam A. Welland (Bar No. 228680)
 3  adam.welland@lw.com
    12636 High Bluff Drive, Suite 400
 4  San Diego, California  92130-2071
    Telephone:  (858) 523-5400
 5  Facsimile:   (858) 523-5450

 6  Attorneys for Plaintiff,
    GEORGIA-PACIFIC CONSUMER PRODUCTS LP
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; and DOES 1-100,<br><br>        Defendants. | Civil Action No. 07-CV-02391 JAH (POR)<br><br>**GEORGIA-PACIFIC CONSUMER PRODUCT LP'S NOTICE OF LODGMENT OF <u>CONFIDENTIAL</u> ENE CONFERENCE STATEMENT**<br><br>Date:   March 18, 2008<br>Time:  10:00 a.m.<br>Ctrm:  H (1st floor)<br>Judge: Hon. Louisa S. Porter |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") hereby provides notice that it will lodge its <u>Confidential</u> ENE Conference Statement on March 7, 2008 with the Chambers of the Hon. Louisa S. Porter.

Dated: March 7, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Stephen P. Swinton
Attorneys for Plaintiff
Georgia-Pacific Consumer Products LP
E-mail: steve.swinton@lw.com