RONALD MARTINETTI, ESQ.
State Bar No. 106 898
KAZANJIAN & MARTINETTI
520 East Wilson Avenue
Glendale, California 91206
Tel. 818-241-1011
FAX 818-241-2193
E-Mail amlegends@aol.com

Attorneys for Defendants
Lee's General Toys, Inc., and
John Lee

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| -------------------------------------------- )<br>GEORGIA-PACIFIC CONSUMER<br>PRODUCTS LP, a Delaware limited<br>partnership,<br><br>        Plaintiff,<br><br>        vs.<br><br>LEE'S GENERAL TOYS, INC., a California)<br>corporation, JOHN LEE, an individual; and )<br>DOES 1-10,                )<br><br>        Defendants.       )  | CASE. NO. O7 CV 2391<br>(JAH POR)<br><br>DEFENDANTS OBJECTIONS<br>TO DECLARATION OF ADAM<br>WELLAND FILED IN SUPPORT<br>OF PLAINTIFF GEORGIA-<br>PACIFIC'S REPLY TO OPPOSITION<br>TO SUPPLEMENTAL BRIEF IN<br>SUPPORT OF MOTION FOR<br>PRELIMINARY INJUNCTION |

Defendants Lee's General Toys, Inc. and John Lee respectfully object to the Declaration

of Adam Welland Filed in Support of Plaintiff Georgia-Pacific's Reply to Opposition to

Supplemental Brief in Support of Motion for Preliminary Injunction:

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
KAZANJIAN & MARTINETTI
520 EAST WILSON AVENUE
SUITE 250
GLENDALE, CALIFORNIA 91206

. Defendants object to paragraphs 6, 7, 8, 9, and 10 (and exhibits 4, 5, 6, 7,  8) of the Declaration of Adam Welland on the grounds that there is no showing that the ads were aired or shown in Southern California including Los Angeles and San Diego. The statements of Mr. Welland and the photographs and pictures are irrelevant and lack foundation that the photographs and pictures were shown in the relevant geographic area (where Defendant's product (Angelite) was sold largely at swap meets). One of the ads has the date 3-8-07 which indicates that Angel Soft is only recently entering the Spanish market (and this may not even be in Southern California). Another photograph (Exhibit 5) has the date 12-  -05 stamped over the printed indication that the ad was copyrighted by Georgia Pacific in 2007· ·leading to the question of whether the photo was doctored—and, if so, why

Dated: March 13. 2008                    KAZANJIAN & MARTINETTI
                                         RONALD MARTINETTI, ESQ.

                                     By  Ronald Martineti
                                         Ronald Martinetti
                                         Attorneys for Defendants

2

PROOF OF SERVICE BY MAIL - (1013a, 2015.5 C.C.P.)
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 520 E. Wilson Ave., Suite 250, Glendale, California 91206.

On March 14, 2008 I served the foregoing **DEFENDANTS OBJECTIONS TO DECLARATION OF ADAM WELLAND FILED IN SUPPORT OF PLAINTIFF GEORGIA PACIFIC'S REPLY TO OPPOSITION TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUCTION** on all the interested parties in this action as follows:

Stephen P. Swinton, Esq.
Adam A. Welland, Esq.
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071
Fax No.: (858) 523-5450

___X___ **a true copy**        **an original**

BY PERSONAL DELIVERY/VIA MESSENGER;

___X___ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice the above mentioned parties were served.

_____ **PREPAID POSTAGE:** I deposited such an envelope in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid.

_____ **U. S. MAIL:** I am "readily familiar" with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day on the ordinary course of business. I am aware that on motion of any party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit.

___X___ **BY FACSIMILE:** On the interested parties in this action pursuant to C.R.C. RULE 2009 (b). The telephone number of the facsimile machine I used was (818) 241-2193. This facsimile machine complies with Rule 2003 (2) of the California Rules of Court. The transmission was reported as complete and without error. The facsimile machine printed out a record indicating that the transmission was successfully completed.

Executed on March 14, 2008, Glendale, California. I declare under penalty and perjury, that the foregoing is true and correct.

Rosa Munoz