UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>　　　　　　Plaintiff,<br>v.<br>LEE'S GENERAL TOYS, INC., a California corporation, et. al.,<br><br>　　　　　　Defendants. | Civil No. 07cv2391 JAH (POR)<br><br>**ORDER VACATING HEARING** |

**IT IS HEREBY ORDERED** the hearing on Plaintiff's motion for leave to amend (Do. No. 29) set for March 24, 2008 is **VACATED.** The motion is taken under submission without oral argument. See CivLR 7.1(d)(1).

DATED: March 18, 2008

_____
JOHN A. HOUSTON
United States District Judge

07cv2391