|   |   |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation; JOHN LEE, an individual; DOES 1-100,<br><br>Defendants. | Civil No.   07-cv-2391-JAH (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On March 18, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were: Steve Swinton, Esq., counsel for Plaintiff; Christine Cason, Esq., in-house counsel for Plaintiff; Andrew Towle, a representative of Plaintiff; Ron Martinetti, Esq., counsel for Defendants; Defendant John Lee, who appeared on behalf of himself and Defendant Lee's General Toys, Inc.; and Michelle Lee, interpreter for Defendant John Lee. The case did not settle. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **April 18, 2008**.

2. Based on counsel's stipulation, discovery shall be limited to one request by Plaintiff for production of documents and the deposition(s) of Defendant Lee's General Toys, Inc.'s 30(b)(6) witness(es).

3. Based on active settlement negotiations, the Court finds good cause to delay initial

disclosures and lodgment of a Discovery Plan.

4. A Settlement Conference shall be held on **May 14, 2008** at **2:00 p.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. If the case does not settle at the Settlement Conference, the Court will issue dates by which to lodge a Discovery Plan and make initial disclosures, and schedule a Case Management Conference to follow within two weeks.

5. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: March 20, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable John A. Houston
        all parties