**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>    Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC; and JOHN LEE,<br><br>    Defendants. | **CASE 3-07-CV-002391-JAH-POR**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF HANEY, BUCHANAN & PATTERSON, LLP FOR APPROVAL OF SUBSTITUTION OF ATTORNEY REQUEST** |

After considering the *Ex Parte* Application filed by Defendants and Law Firm of Haney, Buchanan & Patterson, LLP, and the attached substitution of attorney form signed by Defendant John Lee, previous counsel and proposed new counsel, the Court and orders Haney, Buchanan & Patterson, LLP be substituted as counsel for Defendants

///

in place and instead of Kazanjian & Martinetti.

**IT IS SO ORDERED.**

DATED: April 11, 2008

_____
JOHN A. HOUSTON
United States District Judge