UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation; JOHN LEE, an individual; DOES 1-100,<br><br>Defendant. | Civil No.   07-cv-2391-JAH (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On May 7, 2008, counsel for both parties contacted the Court requesting that the Settlement Conference set for May 14, 2008 be rescheduled due to a conflict with Defense counsel's calendar. Based thereon, the Court hereby vacates the conference scheduled on May 14, 2008, and schedules a Settlement Conference on **May 27, 2008** at **1:30 p.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: May 23, 2008

_Louisa Porter_
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable John A. Houston
        all parties