UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation; JOHN LEE, an individual; DOES 1-100,<br><br>Defendants. | Civil No.   07-cv-2391-JAH (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On May 27, 2008, the Court held a Settlement Conference. Adam Welland, Esq., and Christine Cason, Esq., counsel for Plaintiff, and Steven Haney, Esq., counsel for Defendants, appeared before the Court. The parties represent the case as to Lee's General Toys, Inc., John Lee, and related as yet unnamed parties has settled in principle, and the parties are currently working on the details of the settlement. Based thereon, the Court hereby schedules a Settlement Conference on **June 10, 2008** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: May 27, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable John A. Houston
         all parties