Summons in a Civil Action (Rev 11/97)

FILED
2008 MAY 29 PM 3:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

vs

LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual; RUNHUI PAPER CO., LTD., a Chinese Corporation, SHANTOU KID TOYS CO., LTD., a Chinese Corporation, and DOES 3-100.

SUMMONS ON FIRST AMENDED COMPLAINT
**SUMMONS IN A CIVIL ACTION**

Case No. 07-CV-02391 JAH (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen P. Swinton (Bar No. 106398)
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: 858-523-5400; Fax: 858-523-5450

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAY 29 2008
DATE

By K. HAMPTON, Deputy Clerk

COPY

Summons in a Civil Action