UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation; JOHN LEE, an individual; DOES 1-100,<br><br>Defendants. | Civil No.    07-cv-2391-JAH (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 10, 2008, the Court held a Settlement Conference.  Adam Welland, Esq., and Christine Cason, Esq., counsel for Plaintiff, and Steven Haney, Esq., counsel for Defendants, appeared before the Court.  Counsel for the parties represented the case has settled as to Lee's General Toys, Inc., John Lee, and related as yet unnamed parties.  Accordingly, IT IS HEREBY ORDERED:

1.    A Joint Motion for Dismissal and Stipulated Injunction shall be submitted to the Honorable John A. Houston on or before **June 27, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2.    If a Joint Motion for Dismissal or Stipulated Injunction is not submitted on or before June 27, 2008, then a Settlement Disposition Conference shall be held on **June 30, 3008,** at **1:30 p.m.** before Judge Porter.  The conference shall be <u>telephonic</u>, with

07cv2391

1    <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

2        3.    If a Joint Motion for Dismissal and Stipulated Injunction is received on or before

3              June 27, 2008, the Settlement Disposition Conference shall be VACATED without

4              further court order.

5

6    DATED:  June 10, 2008

7

8                                                    _____
                                                     LOUISA S PORTER
9                                                    United States Magistrate Judge

10   cc:    The Honorable John A. Houston
            all parties

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -