1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>   Plaintiff,<br><br>   v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual, and DOES 3-100,<br><br>   Defendants. | Civil Action No. 07-CV-02391 JAH POR<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

On December 20, 2007, Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") filed its complaint in this action. Dkt # 1. On February 15, 2008, Georgia-Pacific filed an unopposed motion for leave to file its First Amended Complaint. Dkt # 29. This motion was granted by order dated April 17, 2008. Dkt # 48. Rather than file a First Amended Complaint, the parties have jointly moved to permit Georgia-Pacific leave to file a Second Amended Complaint.

Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend "shall be given freely when justice so requires." Fed. R. Civ. P. 15(a); *see also Morongo Band of Mission Indians v.*

1  *Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).  Furthermore, "[w]here there is lack of prejudice to
2  the opposing party and the amended complaint is obviously not frivolous or made as a dilatory
3  maneuver in bad faith, it is an abuse of discretion to deny such a motion."  *Hurn v. Retirement*
4  *Fund Trust of Plumbing, Heating & Piping Indus.*, 648 F.2d 1252, 1254 (9th Cir. 1981); *see also*
5  *Foman v. Davis*, 371 U.S. 178, 182 (1962) ("In the absence of [a] reason -- such as undue delay,
6  bad faith or dilatory motive on the part of the movant, . . . undue prejudice to the opposing party
7  by virtue of allowance of the amendment, futility of amendment, etc. -- the leave sought should,
8  as the rules require, be 'freely given.'").

9       The Court finds that no prejudice to Defendants would result from Georgia-Pacific's
10 amendment of the complaint, and that there is no evidence that Georgia-Pacific's motive in filing
11 an amended complaint is dilatory.  Accordingly, the Joint Motion for Leave to File a Second
12 Amended Complaint is GRANTED.

13      IT IS HEREBY ORDERED as follows:

14      1.    Georgia-Pacific shall be permitted to file its Second Amended Complaint, in the
15 form attached to the Joint Motion for Leave to File a Second Amended Complaint at Exhibit 1.

16      2.    Georgia-Pacific's Second Amended Complaint shall be, and hereby is, deemed
17 filed and served upon Defendants Lee's General Toys and John Lee as of this date of this Order.

18

19 **IT IS SO ORDERED.**

20

21 DATED: June 26, 2008

22                              The Honorable John A. Houston
                              UNITED STATES DISTRICT JUDGE