1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>LEE'S GENERAL TOYS, INC., a California corporation, JOHN LEE, an individual, RUNHUI PAPER CO., LTD., a Chinese Corporation, SHANTOU KID TOYS CO., LTD., a Chinese Corporation, SANDY LEE, an individual, DOUBLE BARGAIN, INC., a California corporation, and DOES 5-100,<br><br>  Defendants. | Civil Action No.  07-CV-02391 JAH POR<br><br>**FINAL CONSENT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION WITH RESPECT TO DEFENDANTS LEE'S GENERAL TOYS, INC., JOHN LEE, SANDY LEE, AND DOUBLE BARGAIN, INC.** |

Upon Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") and defendants Lee's General Toys, Inc., John Lee, Sandy Lee, and Double Bargain, Inc. (collectively, the "Lee Defendants") appearing in the above captioned action,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. This Court has personal jurisdiction over Georgia-Pacific and the Lee Defendants and jurisdiction over the subject matter of this action by virtue of the Lanham Act, 15 U.S.C. § 1121(a), and 28 U.S.C. §§ 1331, 1338(a) and (b). This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a). Venue in this District is proper.

2. United States Trademark Registration Numbers 781,414; 1,172,215; 2,512,417; 2,972,819; 2,989,711; and 2,912,982 (the "**ANGEL SOFT** Trademarks") are valid and enforceable.

3. The Lee Defendants' use of the "Angelite," "Angel Lite," and/or "Angelito" marks in connection with the sale of goods was without the consent of Georgia-Pacific. The Lee Defendants' use of such marks in commerce is likely to cause confusion with the **ANGEL SOFT** Trademarks, or to cause mistake, or to deceive. Accordingly, judgment with respect to Count I for trademark infringement under 15 U.S.C. § 1114(a) of the Second Amended Complaint will be entered for Georgia-Pacific and against the Lee Defendants.

4. Judgment with respect to Counts II – X of the Second Amended Complaint will also be entered for Georgia-Pacific and against the Lee Defendants.

5. The Lee Defendants waive the right to challenge Georgia-Pacific's claims in this action that as a direct and proximate result of the Lee Defendants' infringement of the **ANGEL SOFT** Trademarks, Georgia-Pacific has been damaged. The parties, however, stipulate that no damages from the Lee Defendants shall be awarded to Georgia-Pacific in this action.

6. The Lee Defendants are bound by the Permanent Injunction attached as Exhibit A, which will be entered.

7. The Court will retain jurisdiction over enforcement of the Permanent Injunction.

1    8.    This Consent Judgment and Order constitutes a final judgment in this action as to the Lee Defendants pursuant to Fed. R. Civ. Proc. 54(b).

2    9.    This Consent Judgment and Order shall be binding upon and enforceable by Georgia-Pacific and its successors in interest or assigns and the Lee Defendants and their successors in interest or assigns.

There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Order.

**IT IS SO ORDERED.**

DATED: June 27, 2008

_____
The Honorable John A. Houston
UNITED STATES DISTRICT JUDGE