1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7
   HANEY BUCHANAN & PATTERSON LLP
8  Steven H. Haney (Bar No. 121980)
   shaney@hbplaw.com
9  707 Wilshire Boulevard, Suite 5350
   Los Angeles, California 90017
10 Telephone: (213) 228-6500
   Facsimile: (213) 228-6501
11
   Attorneys for Defendants LEE'S GENERAL TOYS,
12 INC., JOHN LEE, SANDY LEE, AND DOUBLE
   BARGAIN, INC.
13

14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16

17 | GEORGIA-PACIFIC CONSUMER        ) Civil Action No. 07-CV-02391 JAH POR
   | PRODUCTS LP, a Delaware limited ) 
18 | partnership,                    ) **STIPULATED PERMANENT**
   |                                 ) **INJUNCTION WITH RESPECT TO**
19 |            Plaintiff,           ) **DEFENDANTS LEE'S GENERAL TOYS,**
   |                                 ) **INC., JOHN LEE, SANDY LEE, AND**
20 |       v.                        ) **DOUBLE BARGAIN, INC.**
   |                                 )
21 | LEE'S GENERAL TOYS, INC., a California )
   | corporation, JOHN LEE, an individual,  )
22 | RUNHUI PAPER CO., LTD., a Chinese      )
   | Corporation, SHANTOU KID TOYS CO.,     )
23 | LTD., a Chinese Corporation, SANDY LEE, )
   | an individual, DOUBLE BARGAIN, INC., a )
24 | California corporation, and DOES 5-100, )
   |                                 )
25 |            Defendants.          )
   |                                 )
26 |_____ )

27

28

## RECITALS

**WHEREAS**, on June 27, 2008, Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") filed its Second Amended Complaint in this action, for trademark infringement, false advertising, and related claims against Lee's General Toys, Inc., John Lee, Sandy Lee, and Double Bargain, Inc. as Defendants (hereinafter "Defendants"), among others, for Defendants' manufacturing, importing, distributing, shipping, advertising, marketing, promoting, selling, or offering to sell "Angelite," "Angel Lite," or "Angelito" bathroom tissue products or bathroom tissue products bearing similar marks or images;

**WHEREAS**, Georgia-Pacific and Defendants have agreed to a settlement of this action. As part of that settlement, the parties hereby stipulate to entry of this Stipulated Permanent Injunction.

## STIPULATION

Georgia-Pacific and Defendants agree, and hereby stipulate and jointly request an order from this Court stating that:

1. Defendants, including any subsidiaries, parent and affiliated companies, successors, assigns, officers, directors, representatives, distributors, wholesalers, retailers, licensees, agents, partners and employees, and all those acting in concert or participation with Defendants, shall, in connection with the importing, manufacturing, selling, offering to sell, advertising, marketing, or promoting of consumer paper products (*e.g.*, bathroom tissue, facial tissue, paper napkins or paper towel products), or any other activity relating to such products:

   a. Refrain from use of all marks, words, or names similar to U.S. Trademark Registration Numbers 781,414; 1,172,215; 1,639,710; 2,512,417; 2546897; 2695751; 2841759; 2912982; 2972819; 2989711; and 3,142,125 (collectively referred to herein as the ANGEL SOFT Trademarks"), including but not limited to "Angelite," "Angel Lite," "Angelito," or any other marks, words, pictures, or names similar to the ANGEL SOFT Trademarks or incorporating the word

"angel," or associated with angels in any fashion, or any designs, logos, or any other visual depictions of a baby or child or a confusingly similar design of a baby or child;

b. Remove all marks, words, pictures, logos, or names similar to the ANGEL SOFT Trademarks, including but not limited to "Angelite," "Angel Lite," "Angelito," or any other marks, words, pictures, or names similar to the ANGEL SOFT Trademarks or incorporating the word "angel," or associated with angels in any fashion, or any designs, logos, or any other visual depictions of a baby or child or a confusingly similar design of a baby or child, from the labels of inventory, and any signs, wrappers, boxes, cartons, packages, or receptacles associated with consumer paper products currently held by Defendants, and refrain from such uses in the future;

c. Destroy any labels, signs, wrappers, boxes, cartons, packages, or receptacles bearing marks, words, pictures, or names similar to the ANGEL SOFT Trademarks, including but not limited to "Angelite," "Angel Lite," "Angelito," or any other marks, words, pictures, or names similar to the ANGEL SOFT Trademarks or incorporating the word "angel," or associated with angels in any fashion, or any designs, logos, or any other visual depictions of a baby or child or a confusingly similar design of a baby or child, for which such marks, words, pictures, or names cannot be removed;

d. Remove all references to "Angelite," "Angel Lite," "Angelito," or any other marks, words, pictures, or names similar to the ANGEL SOFT Trademarks or incorporating the word "angel," or associated with angels in any fashion, or any designs, logos, or any other visual depictions of a baby or child or a confusingly similar design of a baby or child, from all advertisements, marketing materials, printed materials, and any website that Defendants control or maintain, and refrain from such uses in the future;

    e.    Remove all references to "Angelite," "Angel Lite," "Angelito," or any other marks, words, pictures, or names similar to the ANGEL SOFT Trademarks or incorporating the word "angel," or associated with angels in any fashion, or any designs, logos, or any other visual depictions of a baby or child or a confusingly similar design of a baby or child, in the metatags of any website that any Defendants control or maintain, and refrain from such uses in the future;

    f.    Refrain from (a) filing any applications to register, (b) reviving any applications to register, (c) opposing any applications by Georgia-Pacific to register, or (d) reviving any opposition related to registering in any state(s), countries, territories, or commonwealths, trademarks, service marks, or copyrights comprised of or incorporating "Angelite," "Angel Lite," "Angelito," or any other confusingly similar mark to the ANGEL SOFT Trademarks, including any marks, words, pictures, or names incorporating the word "angel" or associated with angels, or any designs, logos, or any other visual depictions of a baby or child or a confusingly similar design of a baby or child, for consumer paper products; and

    g.    Take all steps necessary to abandon its application to federally register the ANGELITO mark (Ser. No. 77/109,596) and to cancel California state trademark registration Number 109437 for the mark ANGEL LITE 500 in a stylized design format.

2.    Defendants' sales and distribution, and only that of the Defendants, of the Soft & Silky and Sofitelle brands of bathroom tissue, as depicted here, are expressly excluded from this Injunction:




1        3.      The Stipulated Permanent Injunction agreed to by Georgia-Pacific and Defendants, upon approval by this Court, shall have the force and effect of a permanent injunction entered by the Court following a fully contested trial on the merits. This Court shall have jurisdiction over the enforcement of this Stipulated Permanent Injunction, and shall have jurisdiction to make any orders or findings necessary to effectuate and enforce this Stipulated Permanent Injunction, including the authority to award damages and civil penalties for any violation of this Stipulated Permanent Injunction.

        4.      Any party that violates the terms of this Stipulated Permanent Injunction shall be liable for attorneys' fees related to the enforcement of the same.

        5.      This Stipulated Permanent Injunction shall be binding upon and inure to the benefit of the parties, and their successors and assigns.

        6.      The parties also hereby waive findings of fact and conclusions of law, or any requirement for a more specific or detailed order imposed by Federal Rule of Civil Procedure 65(d), other statutory, or common law, and by their signatures set forth below, acknowledge Notice of Entry of this Stipulated Permanent Injunction.

        The signatories to this Stipulated Permanent Injunction warrant that that they have authority to bind their respective parties to the terms herein.

Dated:  June 27, 2008                    LATHAM & WATKINS LLP

                                         By:   /s/ Stephen P. Swinton
                                         Stephen P. Swinton
                                         Attorneys for Plaintiff
                                         Georgia-Pacific Consumer Products LP
                                         E-mail: steve.swinton@lw.com

Dated:  June 27, 2008                    HANEY BUCHANAN & PATTERSON LLP

                                         By:   /s/ Steven H. Haney (with permission)
                                         Steven H. Haney
                                         Attorneys for Defendants
                                         Lee's General Toys, Inc., John Lee, Sandy Lee, and Double Bargain, Inc.
                                         Email: shaney@hbplaw.com